## CERTIFICATION OF REPRESENTATIVE PLAINTIFF
### PURSUANT TO FEDERAL SECURITIES LAWS

I, Ronald Nelson, as one of the named plaintiffs in this matter (the "Lawsuit"), declare that:

1. I have reviewed the Complaint in the Lawsuit against BitConnect International PLC, *et al.*, alleging, *inter alia*, violations of federal securities laws; and I authorized its filing.

2. I did not purchase the security that is the subject of this action at the direction of my counsel or to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My investment holdings in the BitConnect securities that are the subject of this action during the Class Period set forth in the Complaint are as follows:

| Date of Initial BitConnect Investment | BitConnect Coins held on January 17, 2018 | Current Valuation of Loss (in USD) [*approx.*] |
|---|---|---|
| October 24, 2017 | 391.76429999 | $140,000.00 |

5. During the three year period preceding the date of this certification, I have not sought to serve as a representative party for a class action filed under the Securities Exchange Act of 1934 or the Securities Act of 1933.

6. I, either directly or indirectly, will not accept any payment for service as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on __January 24, 2018__ in Sacramento, California.

_Ronald Nelson_ (signature)
Ronald Nelson

