# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### Civil Action No. 9:18-cv-80086-DMM

CHARLES WILDES, individually; FRANCISCO DORIA, individually;
ARIC HAROLD, individually; AKIVA KATZ, individually;
JAMES GURRY, individually; RONALD NELSON, individually;
and on behalf of All Others Similarly Situated;

    Plaintiffs,

v.

BITCONNECT INTERNATIONAL PLC, a foreign corporation;
BITCONNECT LTD., a foreign corporation;
BITCONNECT TRADING LTD., a foreign corporation;
GLENN ARCARO, an individual;
TREVON BROWN a/k/a TREVON JAMES, an individual;
RYAN HILDRETH, an individual;
CRAIG GRANT, an individual;
JOHN DOE NO. 1 a/k/a CRYPTONICK, an individual;
and JOHN DOE NOS. 2-10, individuals;

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff ARIC HAROLD, an individual ("Plaintiff HAROLD"), by and through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby gives notice that his individual claims in this action shall be, and are, DISMISSED WITHOUT PREJUDICE.

Plaintiff HAROLD's dismissal of his claims without prejudice to re-filing them at a later date is not intended to have, and shall not have, any effect on the claims asserted by the other named plaintiffs in this matter or the claims asserted by those other named plaintiffs on behalf of the proposed class of similarly-situated plaintiffs.

Defendants have filed neither an Answer nor a motion for summary judgment in this action.

Civil Action No. 9:18-cv-80086-DMM

        Respectfully submitted,

        **SILVER MILLER**
        11780 W. Sample Road
        Coral Springs, Florida 33065
        Telephone:    (954) 516-6000

        By: _/s/ David C. Silver_
        DAVID C. SILVER
        Florida Bar No. 572764
        E-mail: DSilver@SilverMillerLaw.com
        JASON S. MILLER
        Florida Bar No. 072206
        E-mail: JMiller@SilverMillerLaw.com

        *Counsel for Plaintiffs*

Dated:  January 30, 2018