UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Civil Action No. 9:18-cv-80086-DMM

CHARLES WILDES, individually; FRANCISCO DORIA, individually;
AKIVA KATZ, individually; JAMES GURRY, individually;
RONALD NELSON, individually; and JUSTIN PERRY, individually;
and on behalf of All Others Similarly Situated;

    Plaintiffs,

v.

BITCONNECT INTERNATIONAL PLC, a foreign corporation;
BITCONNECT LTD., a foreign corporation;
BITCONNECT TRADING LTD., a foreign corporation;
JOSHUA JEPPESEN, an individual; GLENN ARCARO, an individual;
TREVON BROWN a/k/a TREVON JAMES, an individual;
RYAN HILDRETH, an individual; CRAIG GRANT, an individual;
JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK, an individual;
RYAN MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals;

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING
PROPOSED ALIAS SUMMONS IN A CIVIL ACTION**

Plaintiffs CHARLES WILDES, FRANCISCO DORIA, AKIVA KATZ, JAMES GURRY, RONALD NELSON, and JUSTIN PERRY ("Plaintiffs"), individually and on behalf of all other persons similarly situated as defined herein; by and through undersigned counsel, hereby serve notice of filing the proposed Alias Summon in a Civil Action, attached hereto, to effectuate service of process upon **Defendant JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK**, an individual. Defendant's name -- which Plaintiffs have discovered since the original Summons was issued under his commonly-used social media user name [*see*, Docket Entry No. 3] -- and suspected last known address are reflected on the Alias Summons.

Case No. 9:18-cv-80086-DMM

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:	(954) 516-6000

By: _____
     DAVID C. SILVER
     Florida Bar No. 572764
     E-mail:  DSilver@SilverMillerLaw.com
     JASON S. MILLER
     Florida Bar No. 072206
     E-mail:  JMiller@SilverMillerLaw.com

*Counsel for Plaintiffs*

Dated:  February 2, 2018