UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Civil Action No. 9:18-cv-80086-DMM

CHARLES WILDES, individually; FRANCISCO DORIA, individually;
AKIVA KATZ, individually; JAMES GURRY, individually;
RONALD NELSON, individually; and JUSTIN PERRY, individually;
and on behalf of All Others Similarly Situated;
    Plaintiffs,
v.
BITCONNECT INTERNATIONAL PLC, a foreign corporation;
BITCONNECT LTD., a foreign corporation;
BITCONNECT TRADING LTD., a foreign corporation;
JOSHUA JEPPESEN, an individual; GLENN ARCARO, an individual;
TREVON BROWN a/k/a TREVON JAMES, an individual;
RYAN HILDRETH, an individual; CRAIG GRANT, an individual;
JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK, an individual;
RYAN MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals;
    Defendants.
_____/

## SCHEDULING REPORT

Pursuant to this Court's February 1, 2018 "Order Setting Trial Date and Scheduling Conference" (Docket Entry No. ["DE"] 8), Southern District of Florida Local Rule 16.1(b)(2) & (3), and Federal Rule of Civil Procedure 26(f), Plaintiffs CHARLES WILDES, FRANCISCO DORIA, AKIVA KATZ, JAMES GURRY, RONALD NELSON, and JUSTIN PERRY ("Plaintiffs"), individually and on behalf of all other persons similarly situated as defined in the Amended Class Action Complaint [DE 5], hereby submit this Scheduling Report addressing the topics set forth in Local Rule 16.1(b)(2) & (3) and Fed.R.Civ.P. 26(f), as well as the additional matters set forth herein.

As of the date of this filing, only one of the defendants has been located and served with process, though he has not yet responded to the Complaint. The remaining defendants appear to be evading service and are still being sought. Multiple defendants continue to flaunt the lawsuit in video promotions on social media and continue to solicit funds from potential class members, claiming they have no liability. Plaintiffs' counsel has retained multiple process servers, has made multiple attempts to serve each defendant, and anticipates filing a Motion for Alternative Service in the near future.

As a result of the foregoing, the dates, discovery plan, and case management proposals set forth herein are those of Plaintiffs only.  Plaintiffs will continue with all due diligence and will in good faith consider consenting to any defendant's timely and reasonable request to apply to the Court for a modification of the deadlines set in the Court's Scheduling Order.

## SCHEDULING REPORT

### A.  The Likelihood of Settlement

Plaintiffs will make all reasonable efforts -- including participating in good faith in a mediation before a mutually-agreed-upon mediator, or Court-appointed mediator (as necessary) -- to resolve with the defendants the various claims asserted in this matter.  At this time, however, Plaintiffs do not anticipate settlement will be likely.

### B.  The Likelihood of Appearance in the Action of Additional Parties

Plaintiffs anticipate that additional parties might appear or be joined in this action, though the identity of those parties is unknown at this time.  On or before the dates set forth in the table below, Plaintiffs will file all motions for class certification, leave to file third party claims, motions to join parties, and motions to amend the pleadings.

### C.  Proposed Case Management Deadlines

Plaintiffs propose the pretrial and trial deadlines set forth below:

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Motion to Appoint Lead Plaintiff and Class Counsel (pursuant to Private Securities Litigation Reform Act [PSLRA])** | April 13, 2018 |
| **Mandatory Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1), as amended effective December 1, 2000)** | May 25, 2018 |
| **Corporate Disclosure Statement** | May 25, 2018 |
| **Motion for Class Certification** | July 27, 2018 |

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Motions to Add Parties or to Amend Pleadings** | September 7, 2018 |
| **Fact Discovery Deadline** | November 20, 2018 |
| **Disclosure of Expert Reports**<br>        Plaintiff:<br>        Defendants: | December 7, 2018<br>December 20, 2018 |
| **Expert Discovery Deadline** | January 25, 2019 |
| **Dispositive Motions** | February 22, 2019 |
| **Resolution by the Court of all Dispositive Motions** | April 17, 2019 |
| *Daubert* **Motions** | April 30, 2019 |
| **Mediation Cutoff** | Sixty (60) days before start of the trial's two week calendar |
| **Motions in Limine** | May 10, 2019 |
| **Responses to Motions in Limine** | May 24, 2019 |
| **Mandatory Pretrial Stipulation** | June 21, 2019 |
| **Jury Instructions or**<br>**Proposed Findings of Fact and Conclusions of Law** | June 21, 2019 |
| **Voir Dire Questions** | Calendar Call |
| **Exhibit List for Court** | First day of Trial<br>(impeachment excepted) |
| **Witness List for Court** | First day of Trial<br>(impeachment excepted) |
| **Estimated Length of Trial** [trial days] | Five (5) days |
| **Jury / Non-Jury** | Jury |

### D. **Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment**

Plaintiffs anticipate some of the factual and legal issues can be agreed upon and narrowed as discovery is exchanged and as the case proceeds. Plaintiffs will cooperate with defense counsel and any *pro se* defendants in good faith to simplify the issues before the Court.

### E. **The Necessity or Desirability of Amendments to the Pleadings**

Plaintiffs have proposed a deadline for the amendment of any pleadings, as set forth in the attached Proposed Scheduling Order.

### F. **The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissibility of Evidence**

Plaintiffs will work with defense counsel and any *pro se* defendants in good faith to resolve all issues relating to discovery.

### G. **Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

Plaintiffs expect to narrow the factual and legal issues in dispute whenever possible in an effort to curtail the pretrial and trial proceedings and to avoid unnecessary proof and cumulative evidence. Plaintiffs also expect to work cooperatively with the defendants' counsel and any *pro se* defendants to minimize burdensome, duplicative, or unnecessary discovery.

### H. **Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

Plaintiffs consent to have a United States Magistrate Judge resolve any discovery disputes that arise between the parties and to resolve all non-dispositive matters for adjudication.

### I. **A Preliminary Estimate of the Time Required for Trial**

Plaintiffs expect that this case will require **five (5) days** for a trial before a jury.

**J. Requested Date or Dates for Conferences Before Trial, a Final Pretrial Conference and Trial**

As detailed in the Proposed Scheduling Order, Plaintiffs propose an approximate time for a trial date and a Final Pretrial Conference Date.

**K. Any Other Information That Might Be Helpful to the Court in Setting the Case for Status or Pretrial Conference**

Plaintiffs seek to have their claims certified as a class action and will be filing an appropriate motion in that regard in a manner timely with the schedule set forth above.

Dated:   February 21, 2018

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:    (954) 516-6000

By: _____
DAVID C. SILVER
Florida Bar No. 572764
E-mail:  DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com

*Counsel for Plaintiffs*