# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### Civil Action No. 9:18-cv-80086-DMM

CHARLES WILDES, individually; FRANCISCO DORIA, individually;
AKIVA KATZ, individually; JAMES GURRY, individually;
RONALD NELSON, individually; and JUSTIN PERRY, individually;
and on behalf of All Others Similarly Situated;

    Plaintiffs,

v.

BITCONNECT INTERNATIONAL PLC, a foreign corporation;
BITCONNECT LTD., a foreign corporation;
BITCONNECT TRADING LTD., a foreign corporation;
JOSHUA JEPPESEN, an individual; GLENN ARCARO, an individual;
TREVON BROWN a/k/a TREVON JAMES, an individual;
RYAN HILDRETH, an individual; CRAIG GRANT, an individual;
JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK, an individual;
RYAN MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals;

    Defendants.
_____/

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(b)(3) of the Local Rules of the United States District Court of the Southern District of Florida, and upon consideration of the Scheduling Report filed by Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, JEFFREY HEBERLING, and SHAMMI NABUKUMAR, individually, and on behalf of all others similarly situated ("Plaintiffs"),[1] and the Court being fully advised in the premises, it is thereupon

**ORDERED AND ADJUDGED** as follows:

---

[1] As of the date of this filing, only one of the defendants has been located and served with process, though he has not yet responded to the Complaint. Plaintiffs have informed the Court that they are acting with all due diligence to locate and serve the remaining defendants. Upon good cause shown by any defendant served after the date of this Order, the Court will consider any timely-filed requests to modify the dates, discovery plan, and case management proposals set forth herein.

Wildes, etc. v. BitConnect International, PLC, et al.
U.S. District Court - S.D. Florida - Case No. 9:18-cv-80086-DMM
Scheduling Order

## Case Management Track

This a Standard Track case as set forth in Local Rule 16.1(a)(2)(B).

## Trial Date and Location

1.      **This case is set for trial on the two-week calendar commencing:**

**Monday, July 22, 2019**

Counsel for all parties shall appear at a **Calendar Call commencing at 1:15 p.m. on:**

**Thursday, July 18, 2019**

The trial is anticipated to last **five (5) days**.  Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted at the Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis St., Second Floor - Courtroom 7, West Palm Beach, FL 33401.

## Motion Practice

2.      Every pretrial motion filed in this case shall be accompanied by a proposed order granting the motion.  The order shall contain an up-to-date service list of all attorneys in the case. Proposed orders should be submitted by e-mail to middlebrooks@flsd.uscourts.gov in Microsoft Word format.  The e-mail subject line and the name of the attachment should include the case number and a short description of the attachment.

## Discovery and Pre-Trial Schedule

3.      Pretrial discovery shall be conducted in accordance with Local Rules 16.1 and 26.1 and the Federal Rules of Civil Procedure.  No pretrial conference shall be held in this action, unless the Court determines, *sua sponte*, that a pretrial conference is necessary.  In setting the following deadlines, the Court has considered Plaintiffs' suggested discovery schedule.  To the extent this Order conflicts with the Local Rules and the Court's own "Order Setting Trial Date and Scheduling Conference" [DE 8], this Order supersedes the Local Rules and the earlier Order.

Case 9:18-cv-80086-DMM   Document 13-1   Entered on FLSD Docket 02/21/2018   Page 3 of 7

Wildes, etc. v. BitConnect International, PLC, et al.
U.S. District Court - S.D. Florida - Case No. 9:18-cv-80086-DMM
Scheduling Order

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Motion to Appoint Lead Plaintiff and Class Counsel (pursuant to Private Securities Litigation Reform Act [PSLRA])** | April 13, 2018 |
| **Mandatory Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1), as amended effective December 1, 2000)** | May 25, 2018 |
| **Corporate Disclosure Statement** | May 25, 2018 |
| **Motion for Class Certification** | July 27, 2018 |
| **Motions to Add Parties or to Amend Pleadings** | September 7, 2018 |
| **Fact Discovery Deadline** | November 20, 2018 |
| **Disclosure of Expert Reports**<br>    Plaintiff:<br>    Defendants: | December 7, 2018<br>December 20, 2018 |
| **Expert Discovery Deadline** | January 25, 2019 |
| **Dispositive Motions** | February 22, 2019 |
| **Resolution by the Court of all Dispositive Motions** | April 17, 2019 |
| *Daubert* **Motions** | April 30, 2019 |
| **Mediation Cutoff** | Sixty (60) days before start of the trial's two week calendar |
| **Motions in Limine** | May 10, 2019 |
| **Responses to Motions in Limine** | May 24, 2019 |
| **Mandatory Pretrial Stipulation** | June 21, 2019 |
| **Jury Instructions or<br>Proposed Findings of Fact and Conclusions of Law** | June 21, 2019 |
| **Voir Dire Questions** | Calendar Call |
| **Exhibit List for Court** | First day of Trial (impeachment excepted) |

Case 9:18-cv-80086-DMM   Document 13-1   Entered on FLSD Docket 02/21/2018   Page 4 of 7

Wildes, etc. v. BitConnect International, PLC, et al.
U.S. District Court - S.D. Florida - Case No. 9:18-cv-80086-DMM
Scheduling Order

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Witness List for Court** | First day of Trial (impeachment excepted) |

### Mandatory Pre-Trial Stipulation

4.     Counsel must meet at least one month prior to the beginning of the trial period to confer on the preparation of a Pretrial Stipulation in accordance with Local Rule 16.1E.  A Pretrial Stipulation lacking substance will not be accepted.  Any party causing a unilateral pretrial stipulation to be filed will be required to show cause why sanctions should not be imposed.  Each attorney and each self-represented party is charged with the duty of complying with this Order.  A motion for continuance shall not stay the requirement for the filing of the Pretrial Stipulation and, unless an emergency situation arises, a motion for continuance will not be considered unless it is filed at least twenty (20) days prior to the Calendar Call.  Failure to comply with the time schedule may result in dismissal or other sanctions.

### Consent to Trial Before Magistrate Judge

5.     In light of the benefits offered by a trial before a magistrate judge, *e.g.*, trial on a date certain as opposed to placement on a trial calendar, the parties are urged to consider this option.  If the parties wish to employ this option and there is unanimity in favor of magistrate jurisdiction; Plaintiffs' counsel, within twenty (20) days following the date of the last defendant's filed response to the Complaint in this matter, shall execute the form (available at http://www.flsd.uscourts.gov/default.asp?file=generalforms.asp) entitled "Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge," and forward the original, executed form to each defendant's counsel.  After completion by the defendants or their counsel, the original form should be forwarded to the Clerk of the Court, West Palm Beach Division.

## **Mediation**

6. Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16.2, this case is referred to mediation as follows:

   a. All parties are required to participate in mediation. The mediation shall be completed no later than sixty (60) days before the scheduled trial date.

   b. Plaintiffs' counsel, or another attorney agreed upon by all counsel of record and any unrepresented parties, shall be responsible for scheduling the mediation conference. The parties are encouraged to avail themselves of the services of any mediator on the List of Certified Mediators, maintained in the office of the Clerk of this Court, but may select any other mediator. The parties shall agree upon a mediator and advise the Clerk's Office of their choice in writing within fourteen (14) days from the date of the last defendant's filed response to the Complaint in this matter. If there is no agreement, lead counsel shall promptly notify the Clerk in writing; and the Clerk shall designate a mediator from the List of Certified Mediators, which designation shall be made on a blind rotation basis.

   c. A place, date, and time for mediation convenient to the mediator, counsel of record, the parties themselves, and any unrepresented parties shall be established. Upon mutual agreement on a place, date, and time for mediation, the lead attorney shall complete the form order given in Local Rule 16.2.H and submit it to the Court.

   d. Pursuant to Local Rule 16.2.E, the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory at the mediation. If insurance is involved, an adjuster with authority up to the policy limits or the most recent demand, whichever is lower, shall attend the mediation.

   e. All proceedings of the mediation shall be confidential and privileged.

   f. At least fourteen (14) days prior to the mediation date, or by such other deadline established by the mediator, each party shall present to the mediator a confidential brief written summary of the case identifying issues to be resolved.

   g. The Court may impose sanctions against parties and/or counsel who do not comply with the attendance or settlement authority requirements herein or who otherwise violate the terms of this Order. The mediator shall report non-attendance and may recommend imposition of sanctions by the Court for non-attendance.

   h. The mediator shall be compensated in accordance with the standing order of the Court entered pursuant to Rule 16.2.B.6, or on such basis as may be agreed to in writing by the parties and the mediator selected by the parties. The cost of

Case 9:18-cv-80086-DMM   Document 13-1   Entered on FLSD Docket 02/21/2018   Page 6 of 7

Wildes, etc. v. BitConnect International, PLC, et al.
U.S. District Court - S.D. Florida - Case No. 9:18-cv-80086-DMM
Scheduling Order

      mediation shall be shared equally by the parties unless otherwise ordered by the Court. All payments shall be remitted to the mediator within forty-five (45) days of the date of the mediator's bill. Notice to the mediator of cancellation or settlement prior to the scheduled mediation conference must be given at least three (3) full business days in advance. Failure to do so will result in imposition of a fee for two hours of the mediator's time.

    i.  If a full or partial settlement is reached in this case, counsel shall promptly notify the Court of the settlement in accordance with Local Rule 16.2.F, by the filing of a Notice of Settlement signed by counsel of record within ten (10) days of the mediation conference. Thereafter, the parties shall forthwith submit an appropriate pleading concluding the case.

    j.  Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was adjourned, or whether the mediator declared an impasse.

    k.  If mediation is not conducted, the case may be stricken from the trial calendar, and other sanctions may be imposed.

### Discovery Referred to Magistrate Judge

7. In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to **United States Magistrate Judge David Lee Brannon** for appropriate disposition of all pretrial discovery motions and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations. This Order does not refer any motion which requests a continuance or extension of the trial or pretrial scheduling dates.

### Trial Exhibits

8. Trial exhibits must be pre-marked and exchanged prior to execution of the Pretrial Stipulation. Each trial exhibit should be marked with a sticker identifying the case number, exhibit number, and party offering the exhibit.

...

**Jury Instructions or Proposed Findings of Fact and Conclusions of Law**

9. In cases tried before a jury, each party shall submit joint, stipulated proposed jury instructions and a joint, stipulated proposed verdict form in hard copy form and on CD in Microsoft Word format. All requested instructions shall be typed on a separate page, and except for Eleventh Circuit Pattern instructions, must be supported by citations of authority. Any objections to the proposed instructions shall be stated clearly and concisely and also shall be supported by citations of authority.

Alternatively, in cases tried before the Court, each party shall file proposed Findings of Fact and Conclusions of Law in hard copy form and on CD in Microsoft Word format. Proposed Conclusions of Law must be supported by citations of authority.

**Settlement**

10. If a case is settled, counsel for the Parties are directed to inform the Court promptly at (561) 514-3720 and to submit an appropriate stipulation for an Order for Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1). Such an Order must be filed within ten (10) days of notification of the Court.

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida this _____ day of _____, 2018.

_____
DONALD M. MIDDLEBROOKS
United States District Judge

Copies furnished to:
   All counsel of Record
   Magistrate Judge Brannon