UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:17-cv-80086-MIDDLEBROOKS

CHARLES WILDES, individually; FRANCISO
DORIA, individually; AKIVA KATZ, individually;
JAMES GURRY, individually; RONALD
NELSON, individually; and JUSTIN PERRY,
individually
    Plaintiffs,

v.

BITCONNECT INTERNATIONAL PLC, a foreign
corporation; BITCONNECT LTD., a foreign corporation;
BITCONNECT TRADING LTD., a foreign corporation;
JOSHUA JEPPSEN, an individual; GLEN ARCARO,
an individual; TREVON BROWN a/k/a TREVON JAMES,
an individual; RYAN HILDRETH, an individual; CRAIG
GRANT, an individual; JOHN DOE NO. 1 a/k/a NICHOLAS
TROVATO a/k/a CRYPTONICK, an individual; RYAN
MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals
    Defendants.
_____

## ORDER CONTINUING TRIAL

THIS CAUSE comes before the Court following a Scheduling Conference that took place before the undersigned on February 22, 2018. It is hereby

**ORDERED AND ADJUDGED** that the trial is **RESCHEDULED** to the two-week period beginning February 19, 2019 at 9:00 a.m. and Calendar Call is **RESCHEDULED** to February 13, 2019 at 1:15 p.m. Within two weeks of the last Defendant's appearance, the Parties must submit a proposed Pre-Trial Scheduling Order in accordance with the new trial date.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 22 day of February, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record