# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**Civil Action No. 9:18-cv-80086-DMM**

CHARLES WILDES, individually; FRANCISCO DORIA, individually; AKIVA KATZ, individually; JAMES GURRY, individually; RONALD NELSON, individually; and JUSTIN PERRY, individually; and on behalf of All Others Similarly Situated;

    Plaintiffs,

v.

BITCONNECT INTERNATIONAL PLC, a foreign corporation; BITCONNECT LTD., a foreign corporation; BITCONNECT TRADING LTD., a foreign corporation; JOSHUA JEPPESEN, an individual; GLENN ARCARO, an individual; TREVON BROWN a/k/a TREVON JAMES, an individual; RYAN HILDRETH, an individual; CRAIG GRANT, an individual; JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK, an individual; RYAN MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals;

    Defendants.

_____/

## PLAINTIFFS' NOTICE OF FILING
## PROPOSED ALIAS SUMMONS IN A CIVIL ACTION

Plaintiffs CHARLES WILDES, FRANCISCO DORIA, AKIVA KATZ, JAMES GURRY, RONALD NELSON, and JUSTIN PERRY ("Plaintiffs"), individually and on behalf of all other persons similarly situated as defined herein; by and through undersigned counsel, hereby serve notice of filing the proposed Alias Summon in a Civil Action, attached hereto, to effectuate service of process upon **Defendant JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK**, an individual.  Defendant's name -- which Plaintiffs have discovered since the original Summons was issued under his commonly-used social media user name [*see*, Docket Entry No. 3] -- and his newly-discovered, suspected last known address are reflected on the Alias Summons.

Case No. 9:18-cv-80086-DMM

        Respectfully submitted,

        **SILVER MILLER**
        11780 W. Sample Road
        Coral Springs, Florida 33065
        Telephone:    (954) 516-6000

By: /s/ David C. Silver
        DAVID C. SILVER
        Florida Bar No. 572764
        E-mail: DSilver@SilverMillerLaw.com
        JASON S. MILLER
        Florida Bar No. 072206
        E-mail: JMiller@SilverMillerLaw.com

        *Counsel for Plaintiffs*

Dated: February 27, 2018