| Attorney or Party without Attorney: <br> SILVER MILLER LAW <br> 11780 WEST SAMPLE ROAD <br> CORAL SPRINGS, FL 33065 | For Court Use Only |
|---|---|
| Telephone No: 954-516-6000 <br> Attorney for: Plaintiff | Ref. No or File No.: 4089 |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT DISTRICT

Plaintiff: Charles Wildes, Francisco Doria, Aric Harold, Akiva Katz, James Gurry; Ronald Nelson,
Defendant: Bitconnect International Plc; Bitconnect Ltd.; Bitconnect Trading Ltd.; Glenn Arcaro; Tre

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 9:18-CV-80086-DMM |
|---|---|---|---|---|

1. I, A. Lezama, and any employee or independent contractors retained by Aggressive Legal Services, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GLENN ARCARO as follows:

2. Documents:    Summons and Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 02/10/18 | 9:10pm | Home | There was no answer, no lights, no noises, no cars in driveway. Attempt made by: A. Lezama. Attempt at: 4089 PINE HOLLOW PLACE   Moorpark, CA 93021. |
| Tue | 02/13/18 | 2:45pm | Home | There was no answer, no lights, no noises, no cars in driveway. Spoke with neighbor across, they have no information they can provide. Attempt made by: A. Lezama. Attempt at: 4089 PINE HOLLOW PLACE   Moorpark, CA 93021. |
| Sun | 02/18/18 | 9:14am | Home | There was no answer, no lights, no cars. Attempt made by: A. Lezama. Attempt at: 4089 PINE HOLLOW PLACE   Moorpark, CA 93021. |
| Fri | 02/23/18 | 6:41pm | Home | There was no answer, tv on, noises inside. Attempt made by: A. Lezama. Attempt at: 4089 PINE HOLLOW PLACE   Moorpark, CA 93021. |
| Mon | 02/26/18 | 10:14am | Home | There was no answer. Attempt made by: A. Lezama. Attempt at: 4089 PINE HOLLOW PLACE   Moorpark, CA 93021. |

3. Person Executing
   a. A. Lezama
   b. Aggressive Legal Services, Inc.
      4110 Truxel Road, Suite 150
      SACRAMENTO, CA 95834
   c. (916) 362-3553, FAX (916) 455-3200

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am:  (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:    2015-50
   (iii) County:              Sacramento
   (iv) Expiration Date:   Sat, Jul. 20, 2019

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Wed, Mar. 07, 2018

(A. Lezama)

smiller.151537

AFFIDAVIT OF REASONABLE DILIGENCE

**EXHIBIT "A"**