**Jasper Ward**

| | |
|---|---|
| **From:** | Livefreenow <livefreenow@protonmail.com> |
| **Sent:** | Thursday, February 01, 2018 10:05 PM |
| **To:** | Jasper Ward |
| **Cc:** | cryptorhyno@gmail.com; support@bitconnectcoin.co; support@bitconnect.co; info@bitconnect.co; legal@bitconnect.co |
| **Subject:** | Re: Paige v. Bitconnect International PLC, et al. - Temporary Restraining Order and Preliminary Injunction Hearing |
| | |
| **Flag Status:** | Flagged |

Hello Mr. Ward.

My attorney will be in contact with you Monday or Tuesday.

Thank you very much.

Glenn Arcaro


Sent with ProtonMail Secure Email.

-------- Original Message --------
On February 2, 2018 1:37 AM, Jasper Ward <jasper@jonesward.com> wrote:

> Please see attached, which were filed today and which will be mailed and overnighted to you as well.  If you have an attorney, please give me their contact information so that I may serve them with these too.

> On Wed, Jan 31, 2018 at 10:38 PM, Jasper Ward <jasper@jonesward.com> wrote:

>> January 31, 2018

>> **VIA ELECTRONIC MAIL:**

>> cryptorhyno@gmail.com (Ryan Maasen)

>> livefreenow@protonmail.com (Glenn Arcaro, Bitconnect)

>> support@bitconnectcoin.co (Bitconnect entities)

>> support@bitconnect.co (Bitconnect entities)

>> info@bitconnect.co (Bitconnect entities)

1



legal@bitconnect.co (Bitconnect entities)

RE:   Paige v. Bitconnect International, PLC, *et al.*

Western District of Kentucky, Case No. 3:18-cv-00058-JHM

Enclosed please find a copy of the Temporary Restraining Order entered by Chief Judge McKinley in the Western District of Kentucky on January 30, 2018.  Also enclosed please find an Order setting the Motion for Preliminary Injunction (forthcoming) for hearing on **Monday, February 12, 2018 at 10:00 a.m. CST**.

Pursuant to the Temporary Restraining Order, the Court ordered Bitconnect International, PLC, Bitconnect LTD, Bitconnect Trading, LTD and Ryan Maasen to disclose by **February 9, 2018**: (a) all Bitcoin and other cryptocurrency wallet addresses, (b) all cryptocurrency trading account addresses, and (c) the identity of the holder/owner of any wallet or cryptocurrency address to which Defendants have transferred any Bitcoin or other cryptocurrency in the past 90 days.  In addition, Bitconnect International, PLC, Bitconnect LTD, Bitconnect Trading, LTD and Ryan Maasen are forbidden from moving any assets unless specifically allowed by the Court.

Please also find attached the Complaint and Summonses issued in this case.  We have attempted to serve you via mail and overnight courier.  Please accept service via that method, and please forward this correspondence to your attorney and have them contact us as soon as possible.

Sincerely,

s/Jasper D. Ward IV

Jasper D. Ward IV

Enclosures

2