## AFFIDAVIT OF NON-SERVICE

| Case: 9:18-cv-80086-DMM | Court: United States District Court for the District Court | County: | Job: 1993914 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Charles Wildes, FDrancisco Doria, Aric Harold, Akiva Katz, James Gurry, and Ronald Nelson, individually and on behalf of all other persons similarly situated | | **Defendant / Respondent:** Bitconnect LTD.; Bitconnect Trading LTD.; Glenn Arcaro; Trevon Brown a/k/a Trevon James; Ryan Hildreth; et al. | |
| **Received by:** Anthony Proietta & Associates Investigations, LLC | | **For:** Silver Miller Law | |
| **To be served upon:** Trevon Brown a/k/a Trevon James | | | |

I, Jason Plumley, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Trevon Brown a/k/a Trevon James, Family Home: 1934 Woodduck Ln, Myrtle Beach, SC 29575
**Manner of Service:** Unsuccessful Attempt
**Documents:** Summons in a Civil Action (Received Feb 2, 2018 at 11:02am EST), Amended Class Action Complaint (Received Feb 2, 2018 at 11:02am EST)

**Additional Comments:**
1) Unsuccessful Attempt: Feb 3, 2018, 2:52 pm EST at Home: 210 28th Ave S #101, Myrtle Beach, SC 29577
No answer at the door.

2) Unsuccessful Attempt: Feb 7, 2018, 10:59 am EST at Home: 210 28th Ave S #101, Myrtle Beach, SC 29577
No answer at the door.

3) Unsuccessful Attempt: Feb 10, 2018, 2:07 pm EST at Home: 210 28th Ave S #101, Myrtle Beach, SC 29577
Spoke through the door to a female with a heavy accent who advised the person to be served lives here but he also has a home of his own and she does not know when he will return to this address. she then stated he does not live here but comes by to see her.

4) Unsuccessful Attempt: Feb 10, 2018, 2:47 pm EST at Family Home: 1934 Woodduck Ln, Myrtle Beach, SC 29575
Spoke with a middle aged African American male who advised the person to be served is not live at this address he was reluctant to say whether or not he was a family member but it appeared that way. I left contact information for the person to be served to contact me. 3 vehicles in the driveway Cadillac escalade South Carolina tag 2681KF, Buick Regal North Carolina tag EJR6162, Cadillac Sedan South Carolina tag LYS494

5) Unsuccessful Attempt: Feb 13, 2018, 3:30 pm EST at Home: 210 28th Ave S #101, Myrtle Beach, SC 29577
No answer at the door spoke with two US Department of Treasury special agents who advised he may be in the home. They indicated his vehicle in the parking lot a silver BMW. Waited in a nearby parking lot for approximately 20 minutes before leaving the area as not to interrupt the operation being conducted by the Treasury agents who are also maintaining surveillance. Will attempt again early am.

6) Unsuccessful Attempt: Feb 13, 2018, 6:47 pm EST at Home: 210 28th Ave S #101, Myrtle Beach, SC 29577
No answer at the door no lights on in the home the silver BMW is still parked out back.

7) Unsuccessful Attempt: Feb 14, 2018, 11:45 am EST at Home: 210 28th Ave S #101, Myrtle Beach, SC 29577
No answer at the door.

8) Unsuccessful Attempt: Feb 15, 2018, 8:10 am EST at Home: 210 28th Ave S #101, Myrtle Beach, SC 29577
No answer at the door, the person to be serveds vehicle is not in the parking lot.

9) Unsuccessful Attempt: Feb 17, 2018, 3:30 pm EST at Home: 210 28th Ave S #101, Myrtle Beach, SC 29577
No answer at the door, person to be served's vehicle is not in the parking lot.

10) Unsuccessful Attempt: Feb 17, 2018, 4:12 pm EST at Family Home: 1934 Woodduck Ln, Myrtle Beach, SC 29575
Checked the home address of the grandparents for the person to be served. His vehicle was not at this property. no answer at the door.





_Jason S Plumley_ 02/18/2018
Jason Plumley          Date
2097

Anthony Proietta & Associates Investigations, LLC
1110 London Street Suite 101
Myrtle Beach, SC 29577
843-274-4194

Subscribed and sworn to before me by the affiant who is personally known to me.

_Jennifer White_
Notary Public

2/8/15      7/21/2025
Date         Commission Expires

[Notary Seal: JENNIFER WHITE, My Commission Expires 07-21-2025, NOTARY PUBLIC, STATE OF SOUTH CAROLINA]