

# Trevon James

trevon james

**SUBSCRIBE** 132K

HOME **VIDEOS** PLAYLISTS COMMUNITY CHANNELS ABOUT

Uploads ▾    PLAY ALL    SORT BY

 15:21
**GLAD I DON'T KNOW WHO'S BEHIND BITCONNECT**
24K views • 1 day ago

 11:53
**INTERVIEWING LAWYERS**
19K views • 3 days ago

 16:05
**MY COURT DATE IS MARCH 16th 2018**
42K views • 4 days ago

# EXHIBIT "D"



**Trevon James** @BitcoinTre · Mar 5
Can't wait to testify March 16th

💬 75    🔁 7    ♡ 107

Show this thread

**Trevon James** @BitcoinTre · Mar 4
Is this a Bitconnect chart or Zclassic chart?



💬 54    🔁 3    ♡ 76

🔁 Trevon James Retweeted

**NULS** @nulsservice · Mar 4
Jason Zhang (#NULS co-founder& Lead developer) first public #presentation on modular #infrastructure

💬 17    🔁 111    ♡ 327

**Trevon James** @BitcoinTre · Mar 3
When you're trying to buy the dip.





Search    Sign Up    Log In

## cryptotrevon  Follow

**9** posts    **647** followers    **11** following

**Trevon James** From Food Stamps to $2.5 Million in Bitcoin🤯....and then back to food stamps 😣











