| Attorney or Party without Attorney: SILVER MILLER LAW 11780 WEST SAMPLE ROAD CORAL SPRINGS, FL 33065 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 954-516-6000 | | | Ref. No or File No.: 2801 | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT DISTRICT | | | | | |
| Plaintiff: Charles Wildes, Francisco Doria, Aric Harold, Akiva Katz, James Gurry; Ronald Nelson, | | | | | |
| Defendant: Bitconnect International Plc; Bitconnect Ltd; Bitconnect Trading Ltd; Glenn Arcaro; Trev | | | | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 9:18-CV-80086-DMM | |

1. I, MARI CRUZ RODRIGUEZ, and any employee or independent contractors retained by Aggressive Legal Services, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RYAN HILDRETH as follows:

2. Documents:   Summons and Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 02/11/18 | 7:14pm | Home | There was no access, this is a secured apartment building. Attempt made by: MARI CRUZ RODRIGUEZ. Attempt at: 2801 KELVIN AVENUE, UNIT 596 IRVINE, CA 92614. |
| Tue | 02/13/18 | 7:14am | Home | There was no access, this is a secured apartment building. Attempt made by: MARI CRUZ RODRIGUEZ. Attempt at: 2801 KELVIN AVENUE, UNIT 596 IRVINE, CA 92614. |
| Wed | 02/14/18 | 8:20pm | Home | There was no access, this is a secured apartment building. Attempt made by: MARI CRUZ RODRIGUEZ. Attempt at: 2801 KELVIN AVENUE, UNIT 596 IRVINE, CA 92614. |
| Wed | 02/14/18 | 8:20pm | Home | There was no access, this is a secured apartment building. Attempt made by: MARI CRUZ RODRIGUEZ. Attempt at: 2801 KELVIN AVENUE, UNIT 596 IRVINE, CA 92614. |
| Mon | 02/19/18 | 1:25pm | Home | There was no access, this is a secured apartment building. Attempt made by: MARI CRUZ RODRIGUEZ. Attempt at: 2801 KELVIN AVENUE, UNIT 596 IRVINE, CA 92614. |

Page Number 1
Date: Wed, Mar. 07, 2018

AFFIDAVIT OF REASONABLE DILIGENCE

similler.151536

**EXHIBIT "E"**

| Attorney or Party without Attorney: <br> SILVER MILLER LAW <br> 11780 WEST SAMPLE ROAD <br> CORAL SPRINGS, FL 33065 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 954-516-6000 <br> Attorney for: Plaintiff | | | Ref. No or File No.: <br> 2801 | | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT DISTRICT | | | | | |
| Plaintiff: Charles Wildes, Francisco Doria, Aric Harold, Akiva Katz, James Gurry; Ronald Nelson, <br> Defendant: Bitconnect International Plc; Bitconnect Ltd; Bitconnect Trading Ltd; Glenn Arcaro; Trev | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 9:18-CV-80086-DMM | |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 02/24/18 | 9:47am | Home | There was no access, this is a secured apartment building. Attempt made by: MARI CRUZ RODRIGUEZ. Attempt at: 2801 KELVIN AVENUE, UNIT 596 IRVINE, CA 92614. |
| Tue | 02/27/18 | 12:33pm | Home | There was no access, this is a secured apartment building. Attempt made by: MARI CRUZ RODRIGUEZ. Attempt at: 2801 KELVIN AVENUE, UNIT 596 IRVINE, CA 92614. |

3. *Person Executing*
   a. MARI CRUZ RODRIGUEZ
   b. **Aggressive Legal Services, Inc.**
      4110 Truxel Road, Suite 150
      SACRAMENTO, CA 95834
   c. (916) 362-3553, FAX (916) 455-3200

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 2017-13
   (iii) County: Sacramento
   (iv) Expiration Date: Tue, Feb. 26, 2019

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Mar. 07, 2018

Page Number 2

(MARI CRUZ RODRIGUEZ)

**AFFIDAVIT OF REASONABLE DILIGENCE**

similler.151536