

ryan hildreth

## Ryan Hildreth ✓
103,829 subscribers

**SUBSCRIBE 103K**

HOME     **VIDEOS**     PLAYLISTS     COMMUNITY     CHANNELS     ABOUT

Uploads ▾     PLAY ALL            ☰ SORT BY



13:47

**HOW TO DECIDE ON A CAREER OF**

1.2K views • 20 hours ago



11:07

**22 YEAR OLD MILLIONAIRE GETS LAMBORGHINI**

5.2K views • 3 days ago



10:03

**GENESIS MINING STARTS NOW! $100,000 Per Year**

4.5K views • 6 days ago



EXHIBIT "F"



# Ryan Hildreth ✔

103,829 subscribers

SUBSCRIBE 103K

HOME     VIDEOS     PLAYLISTS     COMMUNITY     CHANNELS     ABOUT

1.9K views • 1 week ago     2.3K views • 1 week ago     2.9K views • 1 week ago



9:49

Hashflare Bitcoin Mining: How I Make $115,000 In

3.3K views • 1 week ago



17:18

FINDING BREAKOUTS IN BITCOIN, LITECOIN, AND

2.7K views • 2 weeks ago



8:48

Top Cryptocurrency Trade Of The Week February 2018

3.1K views • 2 weeks ago

Case 9:18-cv-80086-DMM    Document 21-6    Entered on FLSD Docket 03/07/2018    Page 3 of 4

🐦 Home    ⚡ Moments       🔍 Search Twitter       Have an account? Log in ▾



| Tweets | Following | Followers | Likes | |
|--------|-----------|-----------|-------|---|
| **688** | 120 | 2,450 | 45 | Follow |

**Ryan Hildreth**
@ryan_hildreth

youtube.com/c/ryanhildreth

📅 Joined January 2016

**Tweets**    Tweets & replies    Media

 **Ryan Hildreth** @ryan_hildreth · 20h ⌄
HOW TO DECIDE ON A CAREER OF ENTREPRENEURSHIP (FERRARI 458 RANT):
youtu.be/-sm3S--Yoac?a via @YouTube

 **HOW TO DECIDE ON A CAREER OF ENTREPRENE...**
Ryan Hildreth talks about how to decide on a career of entrepreneurship. Generate a Ferrari 458 Income: http://affiliatemarketingmasters.teachable.com Learn ...
youtube.com

     ♡

 **Ryan Hildreth** @ryan_hildreth · 20h ⌄
I added a video to a @YouTube playlist youtu.be/-sm3S--Yoac?a HOW TO DECIDE ON A CAREER OF ENTREPRENEURSHIP (FERRARI 458 RANT)

 **HOW TO DECIDE ON A CAREER OF ENTREPRENE...**
Ryan Hildreth talks about how to decide on a career of entrepreneurship. Generate a Ferrari 458 Income: http://affiliatemarketingmasters.teachable.com Learn ...
youtube.com

💬    ⟲    ♡

 **Ryan Hildreth** @ryan_hildreth · Mar 3 ⌄
22 YEAR OLD MILLIONAIRE GETS LAMBORGHINI AVENTADOR SV:
youtu.be/CBKclVXAo_c?a via @YouTube

💬    ⟲    ♡

 **Ryan Hildreth** @ryan_hildreth · Mar 3 ⌄
I added a video to a @YouTube playlist youtu.be/CBKclVXAo_c?a 22 YEAR OLD MILLIONAIRE GETS LAMBORGHINI AVENTADOR SV

💬 1    ⟲    ♡

 **Ryan Hildreth** @ryan_hildreth · Feb 28 ⌄
GENESIS MINING STARTS NOW! $100,000 Per Year Bitcoin Mining:
youtu.be/JGpkzO8u73Y?a via @YouTube

💬 2    ⟲ 1    ♡ 2

 **Ryan Hildreth** @ryan_hildreth · Feb 28 ⌄

