UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

**CHARLES WILDES, INDIVIDUALLY, et al**

    Plaintiff,

vs.

**BITCONNECT INTERNATIONAL PLC, A FOREIGN CORPORATION, et al**

    Defendant.
_____/

Case No.: 18-cv-80086-XXXX

**VERIFIED RETURN OF NON-SERVICE**




Pursuant to the request of **DAVID SILVER**, received this process on **02/08/2018** at **11:15 AM** to be served upon:

**CRAIG GRANT**

State Of Florida
COUNTY OF MIAMI-DADE    ss.

I, **Jose H. Mejia**, depose and say that:
On **03/02/2018** at **10:00 AM**, I non-served the within **SUMMONS IN A CIVIL ACTION / AMENDED CLASS ACTION COMPLAINT / EXHIBITS** on **CRAIG GRANT** at **788 Brickell Plaza , MIAMI, FL33131** for the reason(s) indicated below:

Comments/Prev. Attempts: **SERVICE ATTEMPTED 2/15/2018 AT 12:00PM BY SERVER JOSE MEJIA- 788 BRICKELL AVE IS A VARIETY OF HIGH END RESIDENCES, RETAIL SHOPS AND HOTEL. THIS PROCESS SERVER WAS UNABLE TO OBTAIN ANY INFORMATION FROM THE CONCIERGE OR OFFICES. A UNIT NUMBER IS NEEDED.**

I certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served or am otherwise duly authorized to have served process in the jurisdiction where process was served.

Under penalty of perjury I declare that I have read the foregoing Verified Return of Non-Service and that the facts stated in it are true.

X_____
**Jose H. Mejia** - Cert/Appt#: 351
Notary Not Required Pursuant To F.S. 92.525.
JOSE H. MEJIA PI, INC; 161 BENTLEY DRIVE; MIAMI, FL33166; 305-871-6477

# EXHIBIT "G"

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

### CHARLES WILDES, INDIVIDUALLY, et al

Plaintiff,

vs.

**BITCONNECT INTERNATIONAL PLC, A FOREIGN CORPORATION, et al**

Defendant.

Case No.: 18-cv-80086-XXXX

**VERIFIED RETURN OF NON-SERVICE**



*923534*

Pursuant to the request of **DAVID SILVER**, received this process on **02/08/2018** at **11:15 AM** to be served upon:

**CRAIG GRANT**

STATE OF FLORIDA
COUNTY OF MIAMI DADE  ss.

I, **CHRISTOPHER P MAS**, depose and say that:
On **03/03/2018** at **8:35 AM**, I non-served the within **SUMMONS IN A CIVIL ACTION / AMENDED CLASS ACTION COMPLAINT / EXHIBITS** on **CRAIG GRANT** at **788 Brickell Plaza, MIAMI, FL33131** for the reason(s) indicated below:

Comments/Prev. Attempts: **SERVICE RE-ATTEMPTED BY PROCESS SERVER CHRISTOPHER MAS ON: 3/3/2018 @ 8:35AM- SERVER SPOKE TO FRONT DESK/CONCIERGE: DYLAN AND LIZ. THEY ADVISED THAT SUBJECT IS NOT IN THEIR COMPUTER SYSTEM. SUBJECT IS UNKNOWN TO VALET.**

I certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served or am otherwise duly authorized to have served process in the jurisdiction where process was served.

Under penalty of perjury I declare that I have read the foregoing Verified Return of Non-Service and that the facts stated in it are true.

X _____
**CHRISTOPHER P MAS** Cert/Appt#: 1623
Notary Not Required Pursuant To F.S. 92.525.
JOSE H. MEJIA PI, INC; 161 BENTLEY DRIVE; MIAMI, FL33166; 305-871-6477