

# Craig Grant

**SUBSCRIBE**

HOME | **VIDEOS** | PLAYLISTS | COMMUNITY | CHANNELS | ABOUT

☰ YouTube   craig grant

**Uploads** ▼   PLAY ALL          ≡ SORT BY



4:54 **Trading bitcoin**
94 views • 18 minutes ago

7:55 **Loser**
447 views • 3 hours ago

4:14 **Bitconnect YouTube ads**
1.8K views • 21 hours ago

# EXHIBIT "H"


ILLUMINATI




**Craig Grant**

SUBSCRIBE

HOME | VIDEOS | PLAYLISTS | COMMUNITY | CHANNELS | ABOUT



Prosecutors Office Detective
3K views • 2 days ago

Nature
836 views • 2 days ago

Blockchain safety net
1K views • 2 days ago





Carlos bitconnect... and ICO review?... really?
2.9K views • 2 days ago

Guilt is a step away from insane
1.7K views • 3 days ago

Genesis Mining... futures contract?
1.2K views • 3 days ago







**Craig Grant**

**SUBSCRIBE**

**HOME**   **VIDEOS**   PLAYLISTS   COMMUNITY   CHANNELS   ABOUT



**SEC testify**
3.9K views • 4 days ago



**Crazy Craig and Bitconnect Transparency**
5.8K views • 5 days ago



**The Beast**
1.5K views • 6 days ago



**Bitconnect BCC token UPDATE**
4K views • 1 week ago



**Bitconnect insider scoop**
6K views • 1 week ago

**Bitconnect, it works**
5.9K views • 1 week ago

Pull up with a stick, let j bit...       Artificial Intelligence          Artificial Intelligence, not...

Home    Moments    Search Twitter    Have an account? **Log in**



| Tweets | Following | Followers | Likes |
|---|---|---|---|
| **3,236** | 5,960 | 18.5K | 173K |

Follow

### Craig Grant
@craigrant3

📍 Miami Beach, FL
🔗 bitconnect.co/?ref=CRAIGRANT
📅 Joined June 2015

**Tweets**    Tweets & replies    Media

📌 Pinned Tweet

**Craig Grant** @craigrant3 · 14 Oct 2017

subscribe @ youtube.com/user/craigrant…



2:08   8,603 views

💬 45    🔁 12    ♡ 28

🔁 Craig Grant Retweeted

**Craig Grant** @craigrant3 · Jan 4

USE MY REFERRAL CODE TO INVEST IN BITCONNECT!

**Bitcoin Community-Earn, Buy, Sell and Trade | Bitconnect.**
World bitcoin community for bitcoin and other crypto users to earn, learn, buy, sell and trade bitcoins to other trusted bitcoin community members dir

buy, sell and trade bitcoins to other trusted bitcoin community members dir...
bitconnect.co

💬 44    🔁 4    ♡ 9

**Craig Grant** @craigrant3 · Jan 4
if anyone is interested in me taking a look at / reviewing their upcoming ICO just dm me!

💬 13    🔁 3    ♡ 4

**Craig Grant** @craigrant3 · Jan 4
anyone interested in my alt coin advice?

💬 19    🔁 2    ♡ 12

**Craig Grant** @craigrant3 · 17 Oct 2017
subscribe @ youtube.com/craigrantnow
please share :)

💬 23    🔁 14    ♡ 28

**Craig Grant** @craigrant3 · 13 Oct 2017
Join @ bitconnect.co/?ref=yulianaOSG

💬 11    🔁 5    ♡ 17

**Craig Grant** @craigrant3 · 13 Oct 2017
youtube.com/watch?v=6Zd1-v...

💬 1    🔁 2    ♡

**Craig Grant** @craigrant3 · 13 Oct 2017
facebook.com/yulianabtc/vid...



Search   Sign Up   Log In



craigrantnow   Follow

1,493 posts    8,655 followers    1 following

**Craig Grant** FREEDOM
youtube.com/c/CraigGrant




















ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS

PRIVACY    TERMS    DIRECTORY    PROFILES    LANGUAGE

© 2018 INSTAGRAM