# PRECISION PROCESS SERVING

## RETURN OF SERVICE AFFIDAVIT

### UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
NAME OF COURT

| PLANTIFF(S)/PETITIONER(S) | | DEFENDANT(S)/RESPONDENT(S) | CASE NUMBER |
|---|---|---|---|
| Charles Wildes, individually; Francisco Doria, Individually; kiva Katz; James Gurry, individually; Ronald Nelson, Individually; and Justin Perry, individually; and on behalf of all others similarly situated | vs. | Bitconnect International PLC, a foreign corporation; Bitconnect LTD, a foreign company; Joshua Jeppesen, and individual; Trevon Brown a/k/a Trevon James, an individual; Ryan Hildreth, an individual; Craig Grant; John Doe no. 1 a/k/a Nicholas Trovato a/k/a Cryptonick, an individual; Ryan Maasen, an individual; John Doe no. 2-10 Individuals | Civil action No.9:18-cv-80086-DMM |

I **Scott L. Hoskison**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the State of Oklahoma, I was authorized by law to perform said service.

Service: I served **Ryan Maasen**
NAME(S) OF RESPONDENT(S) BEING SERVED

via: ☒ Personal Service  ☐ Substituted Service  ☐ Corporate Agent/Entity  ☐ Posting in Conspicuous Area

with (documents): *AMENDED CLASS ACTION COMPLAINT*

on the **4th** day of **February**, **2018** at **2:16 pm** at **residence**
          Day            Month            Year        Time              Location (i.e. Residence)

**10129 S. Marion Ave.**                                    **Tulsa, Ok 74137**
STREET ADDRESS                                              CITY/STATE/ZIP

Non-Service: After due diligence, careful inquiry, and attempted service, I have been unable to effect process upon the respondent(s) due to one or more of the following reason(s):

☐ Unable to Locate  ☐ Unknown at Address  ☐ Moved, No Forwarding Address  ☐ Unable to Serve in a Timely Fashion
☐ Service Cancelled by Petitioner/Plaintiff  ☐ Address Does Not Exist  ☐ Plaintiff/Petitioner Provided Incorrect Information
☐ Other: _____

Service Attempts: _____, _____, _____, _____
                  DATE & TIME    DATE & TIME    DATE & TIME    DATE & TIME

Description: Age ___ Race ___ Sex ___ Height ___ Weight ___ Other: ___

WENDY KNUTSON
Notary Public – State of Oklahoma
Commission Number 13007051
My Commission Expires Aug 2, 2021

*Process Server in and for the State of Oklahoma*

Subscribed and sworn before me this **20** day of **February, 2018**.

*Notary Public for the State of Oklahoma*

©2015 PPS