UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80086-DMM

CHARLES WILDES, individually; FRANCISCO DORIA, individually;
AKIVA KATZ, individually; JAMES GURRY, individually;
RONALD NELSON, individually; and JUSTIN PERRY, individually;
and on behalf of All Others Similarly Situated;

    Plaintiffs,

vs.

BITCONNECT INTERNATIONAL PLC, a foreign corporation;
BITCONNECT LTD., a foreign corporation;
BITCONNECT TRADING LTD., a foreign corporation;
JOSHUA JEPPESEN, an individual; GLENN ARCARO, an individual;
TREVON BROWN a/k/a TREVON JAMES, an individual;
JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK, an individual;
RYAN MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals;

    Defendants.
_____/

## [PROPOSED] ORDER

**THIS MATTER** is before the Court on Defendant Ryan Maasen's motion for extension of time to respond to Second Amended Complaint (the "Motion"). The Court having reviewed the Motion and being otherwise fully advised of the premises, hereby **ORDERS** and **ADJUDGES** that the Motion [DE 24] is **GRANTED**. Defendant Ryan Maasen shall have until 45 days after the lead plaintiff, once appointed, files or designates the operative pleading to respond to the complaint.

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida, this ___ day of _____, 2018.

 

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE