UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:18-cv-80086-DMM**

CHARLES WILDES, individually; FRANCISCO DORIA, individually;
AKIVA KATZ, individually; JAMES GURRY, individually;
RONALD NELSON, individually; and JUSTIN PERRY, individually;
and on behalf of All Others Similarly Situated;

    Plaintiffs,

vs.

BITCONNECT INTERNATIONAL PLC, a foreign corporation;
BITCONNECT LTD., a foreign corporation;
BITCONNECT TRADING LTD., a foreign corporation;
JOSHUA JEPPESEN, an individual; GLENN ARCARO, an individual;
TREVON BROWN a/k/a TREVON JAMES, an individual;
JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK, an individual;
RYAN MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals;

    Defendants.
_____/

## **NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTIONS**

Pursuant to Local Rule 3.8, the undersigned advises the Court of five related actions pending before other courts:

1. *Paige v. Bitconnect International PLC, et al.*, Case No. 18-cv-58 (W.D. Ky.).

2. *Long v. Bitconnect International, PLC*, Case No. 18-cv-80319-Dimitrouleas (S.D. Fla.).

3. *Kline v. Bitconnect International PLC*, Case No. 18-cv-319 (M.D. Fla.).

4. *Avalos v. Bitconnect International PLC*, Case No. 18-cv-1165 (N.D. Cal.)

5. *Argiro v. Bitconnect International, PLC*, Case No. 18-cv-60392-Bloom (S.D. Fla.)

Copies of the complaints in these lawsuits are attached as Exhibits 2 through 6 of Maasen's motion for extension of time to respond to Second Amended Complaint, filed contemporaneously with this Notice.

Date: March 13, 2018

Respectfully submitted:

s/ *Ryan K. Stumphauzer*
Ryan K. Stumphauzer, Esq. (Fla. Bar No. 0012176)
rstumphauzer@sslawyers.com
Stumphauzer & Sloman, PLLC
SunTrust International Center
One SE 3rd Avenue, Suite 1820
Miami, FL 33131
Tel: (305) 371-9686
Fax: (305) 371-9687

*Attorney for Defendant Ryan Maasen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

s/ *Ryan K. Stumphauzer*
Ryan K. Stumphauzer, Esq.