UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:18-cv-80086-MIDDLEBROOKS

CHARLES WILDES, individually; FRANCISO
DORIA, individually; AKIVA KATZ,
individually; JAMES GURRY, individually;
RONALD NELSON, individually; and JUSTIN
PERRY, individually
    Plaintiffs,

v.

BITCONNECT INTERNATIONAL PLC, a foreign
corporation; BITCONNECT LTD., a foreign corporation;
BITCONNECT TRADING LTD., a foreign corporation;
JOSHUA JEPPSEN, an individual; GLEN ARCARO,
an individual; TREVON BROWN a/k/a TREVON JAMES,
an individual; RYAN HILDRETH, an individual; CRAIG
GRANT, an individual; JOHN DOE NO. 1 a/k/a NICHOLAS
TROVATO a/k/a CRYPTONICK, an individual; RYAN
MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals
    Defendants.
_____/

## ORDER REQUIRING JOINT STATUS REPORT

THIS CAUSE comes before the Court *sua sponte*. On March 13, Defendant Ryan Maasen moved for an extension of time to respond to the Second Amended Complaint, arguing that several nearly-identical lawsuits have been filed against his codefendants and him throughout the country. Defendant argues that these actions will likely be consolidated pursuant to 15 U.S.C. § 78u-4 (the Private Securities Litigation Reform Act ("PSLRA") and Rule 42(a) of the Federal Rules of Civil Procedure. Defendant asks that he not be required to respond to the Second Amended Complaint until after the several actions have been consolidated and a lead plaintiff has been appointed pursuant to the procedure outlined in the PSLRA. According to Defendant, it would be inefficient to respond to the Second Amended Complaint if the pending lawsuits will be consolidated and a new Complaint is deemed operative.

While Defendant's argument may have merit, it is not clear whether any party has sought to consolidate these various actions or the specific mechanism by which any anticipated consolidation will be achieved. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties shall file a Joint Status Report by April 13, 2018 advising the Court how they plan to proceed in this matter, and clarifying these procedural uncertainties regarding consolidation of the several pending cases.

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida this 4 day of April, 2018.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record