# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHARLES WILDES, individually; FRANCISCO DORIA, individually; JAMES GURRY, individually; RONALD NELSON, individually; and JUSTIN PERRY, individually; and on behalf of All Other Similarly Situated; <br><br> Plaintiffs, <br><br> v. <br><br> BITCONNECT INTERNATIONAL PLC, a foreign corporation; BITCONNECT LTD., a foreign corporation; BITCONNECT TRADING LTD., a foreign corporation; JOSHUA JEPPESEN, an individual; GLENN ARCARO, an individual; TREVON BROWN a/k/a TREVON JAMES, an individual; RYAN HILDRETH, an individual; CRAIG GRANT, an individual; JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK, an individual; RYAN MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals; <br><br> Defendants. | C.A. No. 9:18-cv-80086-DMM |

**DECLARATION OF DAVID C. SILVER IN SUPPORT OF THE BITCONNECT INVESTOR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, David C. Silver, declare as follows:

1.     I am a member of good standing of the Bar of this Court, and a partner in the law firm of Silver Miller, counsel for plaintiffs in the above-captioned lawsuit and one of the counsel for movants Albert Parks and Faramarz Shemirani (the "BitConnect Investor Group" or "Group").

2.     This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      I submit this declaration in support of the BitConnect Investor Group's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

4.      Attached hereto as **Exhibit 1** are true and correct copies of the Group's members' sworn Certifications.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of a chart detailing the Group's financial interest in the relief sought by the proposed Class and its investments in the BitConnect online investment platform.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of the press release originally published on February 12, 2018, on Cision PR Newswire announcing the pendency of the first-filed securities lawsuit.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of the firm resume of Silver Miller.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.


Executed on April 13, 2018.


_____
DAVID C. SILVER