20180409145255

AO 440 (Rev. 06/12) Summons in a Civil Action     RETURN OF SERVICE

SERVICE OF: SUMMONS AND SECOND AMENDED CLASS ACTION COMPLAINT, PRAYER FOR RELIEF
EFFECTED (1) BY ME: Bryan Canas
TITLE: PROCESS SERVER

DATE: 04/13/18 11:45am

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

RYAN HILDRETH

Place where served:

2801 KELVIN AVENUE, UNIT 596   IRVINE CA 92614

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: M   AGE: 30's   HEIGHT: 5'10"   WEIGHT: 180lbs   SKIN: W   HAIR: Brw   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04 / 16 / 2018     B- CANAS   L.S.

SIGNATURE OF Bryan Canas
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: DAVID C. SILVER, ESQ.
PLAINTIFF: CHARLES WILDES, INDIVIDUALLY, ET AL
DEFENDANT: BITCONNECT INTERNATIONAL PLC, A FOREIGN CORPORATION, ET AL
VENUE: DISTRICT
DOCKET: 9 18 CV 80086 DMM
COMMENT: