# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**Civil Action No. 9:18-cv-80086-DMM**

CHARLES WILDES, individually; FRANCISCO DORIA, individually;
AKIVA KATZ, individually; JAMES GURRY, individually;
RONALD NELSON, individually; and JUSTIN PERRY, individually;
and on behalf of All Others Similarly Situated;
  Plaintiffs,

v.

BITCONNECT INTERNATIONAL PLC, a foreign corporation;
BITCONNECT LTD., a foreign corporation;
BITCONNECT TRADING LTD., a foreign corporation;
JOSHUA JEPPESEN, an individual; GLENN ARCARO, an individual;
TREVON BROWN a/k/a TREVON JAMES, an individual;
RYAN HILDRETH, an individual; CRAIG GRANT, an individual;
JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK, an individual;
RYAN MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals;
  Defendants.
_____/

## **WAIVER OF SERVICE OF SUMMONS**

| To: | David C. Silver, Esq.<br>Jason S. Miller, Esq.<br>**SILVER MILLER**<br>11780 W. Sample Road<br>Coral Springs, Florida 33065<br>E-mail: DSilver@SilverMillerLaw.com;<br>  JMiller@SilverMillerLaw.com |
|---|---|

  I, **GLENN ARCARO**, acknowledge receipt of your request that I waive service of summons in the above-captioned action.

  I have also received a copy of the Second Amended Class Action Complaint (the "Complaint") in the action, a copy of this instrument, and have a means by which I can return the signed waiver to you without cost to me (*i.e.*, electronic mail).

  I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

  I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I also understand that I must file and serve an Answer or motion under Rule 12 within **forty-five (45) days after the lead plaintiff files or designates the operative pleading in the case**.  If I fail to do so, a default judgment may be entered against me.

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

   I declare under penalty of perjury that I received a copy of the summons and of the Complaint in this case on the __13th__ day of April 2018 via electronic mail.

**GLENN ARCARO**
BY: _____
*(Signature)*

_____
*(Current Address)*

_____
*(Current Address)*

_____
*(Current Address)*

Date of Signature:  __April  27, 2018__

**Duty to Avoid Unnecessary Costs of Service of Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons) and may later object to the jurisdiction of the court or to the place where the action has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.