| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND SECOND AMENDED CLASS ACTION COMPLAINT, PRAYER FOR RELIEF** | |
| EFFECTED (1) BY ME: John Miller | |
| TITLE: **PROCESS SERVER** | DATE: April 12, 2018 1:46pm |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

TREVON BROWN

Place where served:

1934 WOODDUCK LANE   MYRTLE BEACH  SC  29575

[✓] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:  "Tre"

Subject refused to give his name, but the female with him called him "Tre"

Relationship to defendant: I took his photo and placed documents on table on porch. Verified he lived there with neighbors, and on April 16, 2018 at 7:15 am got

Description of Person Accepting Service: him to come to door before he was dressed

SEX: M   AGE: 27?   HEIGHT: 5'11"?   WEIGHT: 180?   SKIN: black   HAIR: black   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

Server also mailed documents to defendant at above address in envelope marked "personal & confidential" April 16, 2018

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____     SERVICES $ _____ . ____     TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: April 16 / 20 18

SIGNATURE OF John Miller  L.S.

GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:      DAVID C. SILVER, ESQ.
PLAINTIFF:     CHARLES WILDES, INDIVIDUALLY, ET AL
DEFENDANT:     BITCONNECT INTERNATIONAL PLC, A FOREIGN CORPORATION, ET AL
VENUE:         DISTRICT
DOCKET:        9 18 CV 80086 DMM
COMMENT: