UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:18-CV-80086-DMM

CHARLES WILDES, FRANCISCO DORIA,         )
AKIVA KATZ, JAMES GURRY,                 )
and RONALD NELSON, individually;         )
JUSTIN PERRY, individually; and on       )
behalf of all other persons similarly situated, )
                                         )
        Plaintiff(s)                     )
                                         )
vs.                                      )
                                         )
BITCONNECT INTERNATIONAL PLC;            )
BITCONNECT LTD.; BITCONNECT TRADING      )
LTD.; JOSHUA JEPPESEN, GLENN ARCARO;     )
TREVON BROWN a/k/a TREVON JAMES;         )
RYAN HILDRETH, CRAIG GRANT, et al,       )
                                         )
        Defendant(s).                    )
_____)

## ANSWER TO SECOND AMENDED CLASS ACTION COMPLAINT

I, Ryan Hildreth, in the above captioned case, deny generally and specifically each and every allegation of the Second Amended Class Action Complaint, except, I admit Paragraphs 16 and 18.

Regarding Paragraph 32, I admit only that I was domiciled in Laguna Niguel, California.

I request that Plaintiffs take nothing by their Complaint.

Dated: 5/1/18

Respectfully submitted,

/s/ Ryan Hildreth
Ryan Hildreth
hildreth951@gmail.com
2801 Kelvin Avenue, Unit 596
Irvine, CA 92614
Telephone: (657) 229-2116

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail on 5/1/18 [date] on the following:

David C. Silver
Jason S. Miller
SILVER MILLER
11780 W. Sample Road
Coral Springs, FL 33065
(954) 516-6000
dsilver@silvermillerlaw.com
jmiller@silvermillerlaw.com
*Counsel for Plaintiffs*

/s/ Ryan Hildreth
Ryan Hildreth

RYAN HILDRETH
2801 Kelvin Avenue Unit 596
Irvine, CA 92614
(657) 229-2116

Clerk of the Court
Paul G. Rogers Federal Building
and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

      Re:    Wildes v. Bitconnect
              Case No. 9:18-CV-80086-DMM

Dear Clerk:

    I am a Defendant in the above-referenced case. Enclosed is and original and a copy of my Answer to the Second Amended Class Action Complaint for filing.

    Thank you for your assistance.

                                        Very truly yours,

                                        */s/ Ryan Hildreth*
                                        Ryan Hildreth