# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

IN RE BITCONNECT SECURITIES LITIGATION

Lead Case No.: 9:18-cv-80086-DMM

## JOINT NOTICE OF SELECTION OF MEDIATOR

Co-Lead Plaintiffs ALBERT PARKS and FARAMARZ SHEMIRANI, individually and on behalf of all other persons similarly situated as defined herein; and Defendants GLENN ARCARO, an individual; RYAN HILDRETH, an individual; RYAN MAASEN, an individual; and YOUTUBE, LLC, a Delaware corporation; pursuant to this Court's August 14, 2018 "Pretrial Scheduling Order and Order Referring Case to Mediation" [DE 64], jointly notify the Court that they have agreed upon the selection of

**Jeffrey Grubman, Esq. (JAMS, Inc. -- Miami/Boca Raton, FL)**

as the mediator in this matter.

In re: BitConnect Securities Litigation
Lead Case No.: 9:18-cv-80086-DMM

Respectfully submitted,

| | |
|---|---|
| **SILVER MILLER**<br>11780 W. Sample Road<br>Coral Springs, Florida 33065<br>Telephone:     (954) 516-6000<br><br>By*:   /s/ David C. Silver*              <br>DAVID C. SILVER<br>Florida Bar No. 572764<br>E-mail: DSilver@SilverMillerLaw.com<br>JASON S. MILLER<br>Florida Bar No. 072206<br>E-mail: JMiller@SilverMillerLaw.com<br><br>   - and -<br>**LEVI & KORSINSKY, LLP**<br>EDUARD KORSINSKY<br>E-mail: ek@zlk.com<br>30 Broad Street, 24th Floor<br>New York, New York 10004<br>Telephone:     (212) 363-7500<br>Facsimile:     (212) 636-7171<br><br>**LEVI & KORSINSKY, LLP**<br>DONALD J. ENRIGHT<br>E-mail: denright@zlk.com<br>ELIZABETH K. TRIPODI<br>E-mail: etripodi@zlk.com<br>JOHN A. CARRIEL<br>E-mail: jcarriel@zlk.com<br>1101 30th Street, N.W., Suite 115<br>Washington, DC 20007<br>Telephone:     (202) 524-4290<br>Facsimile:     (202) 333-2121<br><br>*Co-Lead Counsel for Plaintiffs* | **K&L GATES, LLP**<br>Southeast Financial Center<br>200 S. Biscayne Blvd. – Suite 3900<br>Miami, FL 33131-3300<br>Telephone:     (305) 539-3300<br>Facsimile:     (305) 358-7095<br><br>By*:   /s/ Carol Lumpkin, Esq.*              .<br>CAROL LUMPKIN<br>Florida Bar No. 797448<br>E-mail: carol.lumpkin@klgates.com<br>   - and -<br>**K&L GATES, LLP**<br>CARL E. VOLZ<br>E-mail: carl.volz@klgates.com<br>DESIREE MOORE<br>E-mail: desiree.moore@klgates.com<br>NICOLE CLAIRE MUELLER<br>E-mail: nicole.mueller@klgates.com<br>70 W. Madison Street – Suite 3100<br>Chicago, IL 60602-4207<br>Telephone:     (312) 807-4245<br>Facsimile:     (312) 827-8114<br><br>*Counsel for Defendant Glenn Arcaro*<br><br>**STUMPHAUZER & SLOMAN**<br>SunTrust International Center<br>One SE Third Avenue, Suite 1820<br>Miami, FL 33131<br>Telephone:     (305) 371-9686<br>Facsimile:     (305) 371-9687<br><br>By*:   /s/ Ryan K. Stumphauzer, Esq.*              .<br>RYAN K. STUMPHAUZER<br>Florida Bar No. 0012176<br>E-mail: rstumphauzer@sslawyers.com<br>KIRAN N. BHAT<br>Florida Bar No. 1008370<br>E-mail: kbhat@sslawyers.com<br><br>*Counsel for Defendant Ryan Maasen* |

|  | **WILSON SONSINI GOODRICH & ROSATI, P.C.**<br>1301 Avenue of the Americas - 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br><br>By: /s/ Brian M. Willen, Esq. .<br>BRIAN M. WILLEN<br>E-mail: BWillen@wsgr.com<br>ELI B. RICHLIN<br>E-mail: ERichlin@wsgr.com<br>  - and -<br>**ZUCKERMAN SPAEDER LLP**<br>NATHAN BERMAN<br>Florida Bar No. 0329230<br>E-mail: NBerman@zuckerman.com<br>101 East Kennedy Blvd. - Suite 1200<br>Tampa, FL 33602<br>Telephone: (813) 221-1010<br>Facsimile: (813) 223-7961<br><br>*Counsel for Defendant YouTube, LLC* |
|  | **RYAN HILDRETH**<br><br>By: /s/ Ryan Hildreth .<br>2801 Kelvin Avenue - Unit 596<br>Irvine, CA 92614<br>Telephone: (657) 229-2116<br>E-mail: hildreth951@gmail.com<br><br>*Defendant - Pro Se* |

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this  29th   day of August 2018 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: All Counsel of Record and *Pro Se* parties on the attached Service List.

                                                                                    /s/ David C. Silver  
                                                                                         DAVID C. SILVER

In re: BitConnect Securities Litigation<br>Lead Case No.: 9:18-cv-80086-DMM

## SERVICE LIST

**In re BitConnect Securities Litigation**
**United States District Court - Southern District of Florida**
**Lead Case No. 9:18-cv-80086-DMM**

| | |
|---|---|
| **Carl E. Volz, Esq.**<br>**Desiree Moore, Esq.**<br>**Nicole Claire Mueller, Esq.**<br>K&L GATES, LLP<br>70 W. Madison Street – Suite 3100<br>Chicago, IL 60602-4207<br>Telephone:     (312) 807-4245<br>Facsimile:       (312) 827-8114<br>E-mail: carl.volz@klgates.com; desiree.moore@klgates.com; nicole.mueller@klgates.com; | *Counsel for Defendant Glenn Arcaro* |
| **Carol Lumpkin, Esq.**<br>K&L GATES, LLP<br>Southeast Financial Center<br>200 S. Biscayne Blvd. – Suite 3900<br>Miami, FL 33131-3300<br>Telephone:     (305) 539-3300<br>Facsimile:       (305) 358-7095<br>E-mail: carol.lumpkin@klgates.com | *Counsel for Defendant Glenn Arcaro* |
| **Ryan K. Stumphauzer, Esq.**<br>**Kiran N. Bhat, Esq.**<br>STUMPHAUZER & SLOMAN<br>SunTrust International Center<br>One SE Third Avenue, Suite 1820<br>Miami, FL 33131<br>Telephone:     (305) 371-9686<br>Facsimile:       (305) 371-9687<br>E-mail: rstumphauzer@sslawyers.com; kbhat@sslawyers.com | *Counsel for Defendant Ryan Maasen* |
| **Brian M. Willen, Esq.**<br>**Eli B. Richlin, Esq.**<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas - 40th Floor<br>New York, NY 10019<br>Telephone:     (212) 999-5800<br>E-mail: BWillen@wsgr.com; ERichlin@wsgr.com | *Counsel for Defendant YouTube, LLC* |

In re: BitConnect Securities Litigation
Lead Case No.: 9:18-cv-80086-DMM

**Nathan Berman, Esq.**                                  *Counsel for Defendant YouTube, LLC*
ZUCKERMAN SPAEDER LLP
101 East Kennedy Blvd. - Suite 1200
Tampa, FL 33602
Telephone:      (813) 221-1010
Facsimile:       (813) 223-7961
E-mail: NBerman@zuckerman.com


**Ryan Hildreth**                                         *Defendant - Pro Se*
2801 Kelvin Avenue - Unit 596
Irvine, CA 92614
Telephone:      (657) 229-2116
E-mail:  hildreth951@gmail.com


**Jasper D. Ward IV, Esq.**                               *Plaintiffs' Counsel - Executive Committee*
JONES WARD PLC
The Pointe
1205 E. Washington Street - Suite 111
Louisville, KY 40206
Telephone:      (502) 882-6000
E-mail: jasper@jonesward.com


**Joshua H. Eggnatz, Esq.**                               *Plaintiffs' Counsel - Executive Committee*
**Michael J. Pascucci, Esq.**
EGGNATZ | PASCUCCI
5400 S. University Drive – Suite 417
Davie, FL 33328
Telephone:      (954) 889-3359
Facsimile:       (954) 889-5913
E-mail: JEggnatz@JusticeEarned.com; MPascucci@JusticeEarned.com


**John A. Yanchunis, Esq.**                               *Plaintiffs' Counsel - Executive Committee*
MORGAN & MORGAN
201 N. Franklin Street - 7th Floor
Tampa, FL 33602
Telephone:      (813) 223-5505
E-mail: JYanchunis@ForThePeople.com