**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| IN RE BITCONNECT SECURITIES LITIGATION | Lead Case No.: 9:18-cv-80086-DMM |

**PLAINTIFFS' NOTICE OF INTENT TO FILE**
**AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Co-Lead Plaintiffs ALBERT PARKS, an individual; and FARAMARZ SHEMIRANI, an individual ("Plaintiffs"), individually and on behalf of all other persons similarly situated as defined in the Third Amended Class Action Complaint herein [Docket Entry No. ("DE") 48]; by and through undersigned counsel, hereby serve notice that instead of responding to the currently-pending motions filed by Defendants GLENN ARCARO [DE 65], RYAN MAASEN [DE 67], and YOUTUBE, LLC [DE 68] (the "Motions to Dismiss") -- each of which seeks dismissal of the Third Amended Class Action Complaint -- Plaintiffs plan to file on or before October 11, 2018[1] an amendment to their currently-operative pleading. Upon filing the Amended Consolidated Class Action Complaint, all of the pending Motions to Dismiss will be rendered moot.

---

[1] The August 14, 2018 Pretrial Scheduling Order and Order Referring Case to Mediation [DE 64] provides Plaintiffs until October 11, 2018 to join additional parties and amend their pleadings. *See also*, DE 75 ("Plaintiffs' Motion on Consent to Partially Stay Deadlines in Pretrial Scheduling Order and Order Referring Case to Mediation") at 4, wherein Plaintiffs stated: "*Plaintiffs are preparing an amendment to the currently-operative Complaint which is expected to, inter alia, include allegations against newly-identified defendants before the Pretrial Scheduling Order's October 11, 2018 deadline for 'Joinder of Additional Parties and Amend Pleadings.'*"

<u>In re BitConnect Securities Litigation</u>
United States District Court - Southern District of Florida
Lead Case No. 9:18-cv-80086-DMM

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:      (954) 516-6000

By:     */s/ David C. Silver*
         DAVID C. SILVER
         Florida Bar No. 572764
         E-mail: DSilver@SilverMillerLaw.com
         JASON S. MILLER
         Florida Bar No. 072206
         E-mail: JMiller@SilverMillerLaw.com

     - and -

**LEVI & KORSINSKY, LLP**
EDUARD KORSINSKY
E-mail: ek@zlk.com
30 Broad Street, 24th Floor
New York, New York 10004
Telephone:      (212) 363-7500
Facsimile:       (212) 636-7171

DONALD J. ENRIGHT
E-mail: denright@zlk.com
ELIZABETH K. TRIPODI
E-mail: etripodi@zlk.com
JOHN A. CARRIEL
E-mail: jcarriel@zlk.com
**LEVI & KORSINSKY, LLP**
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone:      (202) 524-4290
Facsimile:       (202) 333-2121

*Co-Lead Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __4th__ day of October 2018 by using the CM/ECF system and that a true and correct copy will be served <u>via</u> <u>electronic</u> <u>mail</u> to: All Counsel of Record and *Pro Se* Defendants on the attached Service List.

          */s/ David C. Silver*
          DAVID C. SILVER

In re BitConnect Securities Litigation  
United States District Court - Southern District of Florida  
Lead Case No. 9:18-cv-80086-DMM

# **SERVICE LIST**

**In re BitConnect Securities Litigation**
**United States District Court - Southern District of Florida**
**Lead Case No. 9:18-cv-80086-DMM**

| | |
|---|---|
| **Carl E. Volz, Esq.**<br>**Desiree Moore, Esq.**<br>**Nicole Claire Mueller, Esq.**<br>K&L GATES, LLP<br>70 W. Madison Street – Suite 3100<br>Chicago, IL 60602-4207<br>Telephone:     (312) 807-4245<br>Facsimile:     (312) 827-8114<br>E-mail: carl.volz@klgates.com; desiree.moore@klgates.com; nicole.mueller@klgates.com; | *Counsel for Defendant Glenn Arcaro* |
| **Carol Lumpkin, Esq.**<br>K&L GATES, LLP<br>Southeast Financial Center<br>200 S. Biscayne Blvd. – Suite 3900<br>Miami, FL 33131-3300<br>Telephone:     (305) 539-3300<br>Facsimile:     (305) 358-7095<br>E-mail: carol.lumpkin@klgates.com | *Counsel for Defendant Glenn Arcaro* |
| **Ryan K. Stumphauzer, Esq.**<br>**Kiran N. Bhat, Esq.**<br>STUMPHAUZER & SLOMAN<br>SunTrust International Center<br>One SE Third Avenue, Suite 1820<br>Miami, FL 33131<br>Telephone:     (305) 371-9686<br>Facsimile:     (305) 371-9687<br>E-mail: rstumphauzer@sslawyers.com; kbhat@sslawyers.com | *Counsel for Defendant Ryan Maasen* |
| **Ryan Hildreth**<br>2801 Kelvin Avenue - Unit 596<br>Irvine, CA 92614<br>Telephone:     (657) 229-2116<br>E-mail:  hildreth951@gmail.com | *Defendant - Pro Se* |

<u>In re BitConnect Securities Litigation</u>
United States District Court - Southern District of Florida
Lead Case No. 9:18-cv-80086-DMM

**Jasper D. Ward IV, Esq.**　　　　　　　　　　　　*Plaintiffs' Counsel - Executive Committee*
JONES WARD PLC
The Pointe
1205 E. Washington Street - Suite 111
Louisville, KY 40206
Telephone:　　(502) 882-6000
E-mail: jasper@jonesward.com


**Joshua H. Eggnatz, Esq.**　　　　　　　　　　　　*Plaintiffs' Counsel - Executive Committee*
**Michael J. Pascucci, Esq.**
EGGNATZ | PASCUCCI
5400 S. University Drive – Suite 417
Davie, FL 33328
Telephone:　　(954) 889-3359
Facsimile:　　(954) 889-5913
E-mail: JEggnatz@JusticeEarned.com; MPascucci@JusticeEarned.com


**John A. Yanchunis, Esq.**　　　　　　　　　　　　*Plaintiffs' Counsel - Executive Committee*
MORGAN & MORGAN
201 N. Franklin Street - 7th Floor
Tampa, FL 33602
Telephone:　　(813) 223-5505
E-mail:  JYanchunis@ForThePeople.com