UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-80086

CHARLES WILDES, individually; FRANCISO DORIA, individually; AKIVA KATZ, individually; JAMES GURRY, individually; RONALD NELSON, individually; and JUSTIN PERRY, individually

    Plaintiffs,

v.

BITCONNECT INTERNATIONAL PLC, a foreign corporation; BITCONNECT LTD., a foreign corporation; BITCONNECT TRADING LTD., a foreign corporation; JOSHUA JEPPSEN, an individual; GLEN ARCARO, an individual; TREVON BROWN a/k/a TREVON JAMES, an individual; RYAN HILDRETH, an individual; CRAIG GRANT, an individual; JOHN DOE NO. 1 a/k/a NICHOLAS TROVATO a/k/a CRYPTONICK, an individual; RYAN MAASEN, an individual; and JOHN DOE NOS. 2-10, individuals,

    Defendants.
_____ /

## ORDER GRANTING MOTION TO STAY PRETRIAL DEADLINES

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Partially Stay Deadlines in Pretrial Scheduling Order. (DE 75). Defendants consent to the Motion.

The Court has broad discretion to stay proceedings as an incident to its power to control its own docket. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997). In addition, the Private Securities Litigation Reform Act ("PSLRA") mandates an automatic stay of discovery pending a court ruling on a motion to dismiss:

> In any private action arising under this subchapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

15 U.S.C. § 77z-1(b)(1). There are currently three Motions to Dismiss pending before this Court, none of which are fully briefed. (DE 65; DE 67; DE 68). As a result, PSLRA mandates a stay. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion (DE 75) is **GRANTED**. All pre-trial deadlines in the Pretrial Scheduling Order (DE 64) are **STAYED** pending further order from the Court.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this 4 day of October, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record