**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE BITCONNECT SECURITIES LITIGATION    Lead Case No.: 9:18-cv-80086-DMM

**PLAINTIFFS' NOTICE OF FILING**
**PROPOSED SUMMONSES IN A CIVIL ACTION**

Co-Lead Plaintiffs ALBERT PARKS, an individual; and FARAMARZ SHEMIRANI, an individual ("Plaintiffs"), individually and on behalf of all other persons similarly situated as defined in the Amended Consolidated Class Action Complaint herein [Docket Entry No. 78]; by and through undersigned counsel, hereby serve notice of filing the proposed Summonses in a Civil Action, attached hereto, to effectuate service of process upon the following defendants who have been added by Plaintiffs as parties to this matter in the recently-filed Amended Consolidated Class Action Complaint:

| # | Name of Newly-Added Defendant |
|---|---|
| 1 | Bitcoin AMR Limited f/k/a BitConnect Public Limited |
| 2 | Nalin Kotadiya |
| 3 | Suresh Gorasiya |
| 4 | Mahendra Chaudhari |
| 5 | Gautam Lathiya |
| 6 | Dhaval Mavani |
| 7 | Piyush Savaliya |
| 8 | Ramadayal Purohit |
| 9 | Ranjeet Saxena |
| 10 | Sandip Balvantrai Naik |
| 11 | Smit Sandiphbhai Naik |
| 12 | Raj Sandiphbhai Naik |
| 13 | Satish Kumbhani |
| 14 | Yuris Prasetya |
| 15 | Nay Minh a/k/a Mr. Roberts |
| 16 | Le Thi Thannh Huy a/k/a Ms. Helen |

In re BitConnect Securities Litigation
United States District Court - Southern District of Florida
Lead Case No. 9:18-cv-80086-DMM

| | |
|---|---|
| 17 | Jeson Talingting Bana-Ay a/k/a Satao Nakamoto |
| 18 | Santoso Wardah a/k/a Mr. Santoso |
| 19 | Calen Powell a/k/a Crypto Clover |
| 20 | Divyesh Darji |
| 21 | Thomas Allan Atherton |
| 22 | Jean-Simon Labreche |

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By: _____
    DAVID C. SILVER
    Florida Bar No. 572764
    E-mail: DSilver@SilverMillerLaw.com
    JASON S. MILLER
    Florida Bar No. 072206
    E-mail: JMiller@SilverMillerLaw.com

  - and -

**LEVI & KORSINSKY, LLP**
EDUARD KORSINSKY
E-mail: ek@zlk.com
30 Broad Street, 24th Floor
New York, New York 10004
Telephone:     (212) 363-7500
Facsimile:     (212) 636-7171

DONALD J. ENRIGHT
E-mail: denright@zlk.com
ELIZABETH K. TRIPODI
E-mail: etripodi@zlk.com
JOHN A. CARRIEL
E-mail: jcarriel@zlk.com
**LEVI & KORSINSKY, LLP**
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone:     (202) 524-4290
Facsimile:     (202) 333-2121

*Co-Lead Counsel for Plaintiffs*

<u>In re BitConnect Securities Litigation</u>
United States District Court - Southern District of Florida
Lead Case No. 9:18-cv-80086-DMM

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this   18th   day of October 2018 by using the CM/ECF system and that a true and correct copy will be served <u>via electronic mail</u> to: All Counsel of Record and *Pro Se* Defendants on the attached Service List.

                                                      */s/ David C. Silver*
                                                      DAVID C. SILVER

In re BitConnect Securities Litigation
United States District Court - Southern District of Florida
Lead Case No. 9:18-cv-80086-DMM

# SERVICE LIST

**In re BitConnect Securities Litigation**
**United States District Court - Southern District of Florida**
**Lead Case No. 9:18-cv-80086-DMM**

| | |
|---|---|
| **Carl E. Volz, Esq.**<br>**Desiree Moore, Esq.**<br>**Nicole Claire Mueller, Esq.**<br>K&L GATES, LLP<br>70 W. Madison Street – Suite 3100<br>Chicago, IL 60602-4207<br>Telephone: (312) 807-4245<br>Facsimile: (312) 827-8114<br>E-mail: carl.volz@klgates.com; desiree.moore@klgates.com; nicole.mueller@klgates.com; | *Counsel for Defendant Glenn Arcaro* |
| **Carol Lumpkin, Esq.**<br>K&L GATES, LLP<br>Southeast Financial Center<br>200 S. Biscayne Blvd. – Suite 3900<br>Miami, FL 33131-3300<br>Telephone: (305) 539-3300<br>Facsimile: (305) 358-7095<br>E-mail: carol.lumpkin@klgates.com | *Counsel for Defendant Glenn Arcaro* |
| **Ryan K. Stumphauzer, Esq.**<br>**Kiran N. Bhat, Esq.**<br>STUMPHAUZER & SLOMAN<br>SunTrust International Center<br>One SE Third Avenue, Suite 1820<br>Miami, FL 33131<br>Telephone: (305) 371-9686<br>Facsimile: (305) 371-9687<br>E-mail: rstumphauzer@sslawyers.com; kbhat@sslawyers.com | *Counsel for Defendant Ryan Maasen* |
| **Brian M. Willen, Esq.**<br>**Eli B. Richlin, Esq.**<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas - 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>E-mail: BWillen@wsgr.com; ERichlin@wsgr.com | *Counsel for Defendant YouTube, LLC* |

SILVER MILLER
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

In re BitConnect Securities Litigation
United States District Court - Southern District of Florida
Lead Case No. 9:18-cv-80086-DMM

**Nathan Berman, Esq.**  *Counsel for Defendant YouTube, LLC*
ZUCKERMAN SPAEDER LLP
101 East Kennedy Blvd. - Suite 1200
Tampa, FL 33602
Telephone:	(813) 221-1010
Facsimile:	(813) 223-7961
E-mail: NBerman@zuckerman.com


**Ryan Hildreth**  *Defendant - Pro Se*
2801 Kelvin Avenue - Unit 596
Irvine, CA 92614
Telephone:	(657) 229-2116
E-mail:  hildreth951@gmail.com


**Jasper D. Ward IV, Esq.**  *Plaintiffs' Counsel - Executive Committee*
JONES WARD PLC
The Pointe
1205 E. Washington Street - Suite 111
Louisville, KY 40206
Telephone:	(502) 882-6000
E-mail: jasper@jonesward.com


**Joshua H. Eggnatz, Esq.**  *Plaintiffs' Counsel - Executive Committee*
**Michael J. Pascucci, Esq.**
EGGNATZ | PASCUCCI
5400 S. University Drive – Suite 417
Davie, FL 33328
Telephone:	(954) 889-3359
Facsimile:	(954) 889-5913
E-mail: JEggnatz@JusticeEarned.com; MPascucci@JusticeEarned.com


**John A. Yanchunis, Esq.**  *Plaintiffs' Counsel - Executive Committee*
MORGAN & MORGAN
201 N. Franklin Street - 7th Floor
Tampa, FL 33602
Telephone:	(813) 223-5505
E-mail: JYanchunis@ForThePeople.com