**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE BITCONNECT SECURITIES LITIGATION | Lead Case No.: 9:18-cv-80086-DMM

**PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF THEIR POSITION REGARDING PROPER RESOLUTION OF**
**MOTIONS TO DISMISS LEAD PLAINTIFFS'**
**AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Co-Lead Plaintiffs ALBERT PARKS, an individual; and FARAMARZ SHEMIRANI, an individual ("Plaintiffs"), individually and on behalf of all other persons similarly situated as defined in the Amended Consolidated Class Action Complaint herein [Docket Entry No. ("DE") 78]; by and through undersigned counsel, hereby serve notice of filing the March 31, 2019 decision of the U.S. District Court - Southern District of New York in *Balestra, et al. v. ABTCoin LLC, et al.*, Case No. 1:17-cv-10001-VSB ("*ABTCoin*"), as supplemental authority in connection with the parties' briefing on the motions filed by Defendants GLENN ARCARO, RYAN MAASEN, and YOUTUBE LLC ("Defendants") in which Defendants seek to have Plaintiffs' Amended Consolidated Class Action Complaint dismissed, *to wit*:

| | |
|---|---|
| GLENN ARCARO's Motion to Dismiss | DE 94 |
| RYAN MAASEN's Motion to Dismiss | DE 86 |
| YOUTUBE LLC's Motion to Dismiss | DE 88 |
| Plaintiffs' Omnibus Opposition to the Motions to Dismiss | DE 97 |
| GLENN ARCARO's Reply Brief | DE 102 |
| RYAN MAASEN's Reply Brief | DE 101 |
| YOUTUBE LLC's Reply Brief | DE 103 |

In the recent *ABTCoin* decision, the Court denied the defendants' Motion to Dismiss a class action Complaint alleging, *inter alia*, that the defendants had violated the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §§ 77a, *et seq.*, by selling unregistered securities through an initial coin

Case 9:18-cv-80086-DMM   Document 108   Entered on FLSD Docket 04/02/2019   Page 2 of 5

<u>In re BitConnect Securities Litigation</u>
United States District Court - Southern District of Florida
Lead Case No. 9:18-cv-80086-DMM

offering of the digital asset ATB Coin. In finding both that Plaintiff has established a *prima facie* case of personal jurisdiction over all of the defendants and that the Complaint plausibly alleges violations of §§ 12(a) and 15(a) of the Securities Act, the Court denied the defendants' motion to dismiss in its entirety.

Plaintiffs submit that the *ABTCoin* decision -- which addressed in detail many of the same issues disputed by the parties in the instant matter -- is instructive to this Court's proper resolution of the pending Motions to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint.

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By: _____
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com

   - and -

**LEVI & KORSINSKY, LLP**
EDUARD KORSINSKY
E-mail: ek@zlk.com
30 Broad Street, 24th Floor
New York, New York 10004
Telephone:     (212) 363-7500
Facsimile:     (212) 636-7171

DONALD J. ENRIGHT
E-mail: denright@zlk.com
ELIZABETH K. TRIPODI
E-mail: etripodi@zlk.com
JOHN A. CARRIEL
E-mail: jcarriel@zlk.com
**LEVI & KORSINSKY, LLP**

<u>In re BitConnect Securities Litigation</u>
United States District Court - Southern District of Florida
Lead Case No. 9:18-cv-80086-DMM

1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone:   (202) 524-4290
Facsimile:    (202) 333-2121

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __2nd__ day of April 2019 by using the CM/ECF system and that a true and correct copy will be served <u>via electronic mail</u> to: All Counsel of Record and *Pro Se* Defendants on the attached Service List.

_____
DAVID C. SILVER

In re BitConnect Securities Litigation
United States District Court - Southern District of Florida
Lead Case No. 9:18-cv-80086-DMM

# SERVICE LIST

**In re BitConnect Securities Litigation**
**United States District Court - Southern District of Florida**
**Lead Case No. 9:18-cv-80086-DMM**

**Kenn Brotman, Esq.**　　　　　　　　　　　　　　*Counsel for Defendant Glenn Arcaro*
**Desiree Moore, Esq.**
**Nicole Claire Mueller, Esq.**
K&L GATES, LLP
70 W. Madison Street – Suite 3100
Chicago, IL 60602-4207
Telephone:　　(312) 807-4245
E-mail: kenn.brotman@klgates.com; desiree.moore@klgates.com; nicole.mueller@klgates.com

**Carol Lumpkin, Esq.**　　　　　　　　　　　　　　*Counsel for Defendant Glenn Arcaro*
K&L GATES, LLP
Southeast Financial Center
200 S. Biscayne Blvd. – Suite 3900
Miami, FL 33131-3300
Telephone:　　(305) 539-3300
E-mail: carol.lumpkin@klgates.com

**Carl E. Volz, Esq.**　　　　　　　　　　　　　　*Counsel for Defendant Glenn Arcaro*
PONTEM LAW, LLC
125 South Clark Street – 17th Floor
Chicago, IL 60603
Telephone:　　(708) 601-0261
E-mail: carl.volz@pontemlaw.com

**Ryan K. Stumphauzer, Esq.**　　　　　　　　　　*Counsel for Defendant Ryan Maasen*
**Kiran N. Bhat, Esq.**
STUMPHAUZER & SLOMAN
SunTrust International Center
One SE Third Avenue, Suite 1820
Miami, FL 33131
Telephone:　　(305) 371-9686
E-mail: rstumphauzer@sslawyers.com; kbhat@sslawyers.com

**Brian M. Willen, Esq.**　　　　　　　　　　　　*Counsel for Defendant YouTube, LLC*
**Eli B. Richlin, Esq.**
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas - 40th Floor
New York, NY 10019
Telephone:　　(212) 999-5800
E-mail: BWillen@wsgr.com; ERichlin@wsgr.com

**SILVER MILLER**
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

In re BitConnect Securities Litigation
United States District Court - Southern District of Florida
Lead Case No. 9:18-cv-80086-DMM

**Nathan Berman, Esq.**  *Counsel for Defendant YouTube, LLC*
ZUCKERMAN SPAEDER LLP
101 East Kennedy Blvd. - Suite 1200
Tampa, FL 33602
Telephone:    (813) 221-1010
E-mail: NBerman@zuckerman.com


**Ryan Hildreth**  *Defendant - Pro Se*
2801 Kelvin Avenue - Unit 596
Irvine, CA 92614
Telephone:    (657) 229-2116
E-mail: hildreth951@gmail.com


**Jasper D. Ward IV, Esq.**  *Plaintiffs' Counsel - Executive Committee*
JONES WARD PLC
The Pointe
1205 E. Washington Street - Suite 111
Louisville, KY 40206
Telephone:    (502) 882-6000
E-mail: jasper@jonesward.com


**Joshua H. Eggnatz, Esq.**  *Plaintiffs' Counsel - Executive Committee*
**Michael J. Pascucci, Esq.**
EGGNATZ | PASCUCCI
5400 S. University Drive – Suite 417
Davie, FL 33328
Telephone:    (954) 889-3359
E-mail: JEggnatz@JusticeEarned.com; MPascucci@JusticeEarned.com


**John A. Yanchunis, Esq.**  *Plaintiffs' Counsel - Executive Committee*
MORGAN & MORGAN
201 N. Franklin Street - 7th Floor
Tampa, FL 33602
Telephone:    (813) 223-5505
E-mail: JYanchunis@ForThePeople.com

SILVER MILLER
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com