## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: BitConnect Securities Litigation | Lead Case No: 9:18-cv-80086-DMM <br><br> Honorable Donald M. Middlebrooks |

## DEFENDANT GLENN ARCARO'S RESPONSE TO PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR POSITION REGARDING PROPER RESOLUTION OF MOTIONS TO DISMISS LEAD PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Defendant Glenn Arcaro ("Mr. Arcaro"), through his attorneys, respectfully submits his Response to Plaintiffs' Notice of Filing Supplemental Authority in Support of their Position Regarding Proper Resolution of Motions to Dismiss Lead Plaintiffs' Amended Consolidated Class Action Complaint [DE 108] (the "Notice"), and in support thereof states as follows:

The supplemental authority cited in the Notice is non-binding law that is both factually distinguishable and legally inapposite. Subject to, and without waiving his objections to the Notice, Mr. Arcaro respectfully requests that if the Court is inclined to consider Plaintiffs' submission, he be granted the opportunity to respond to the newly-cited authority referenced therein.

1

Dated: April 5, 2019                         Respectfully submitted,

By: */s/ Kenn Brotman*

**K&L GATES LLP**
Kenn Brotman (Florida Bar No. 58726)
70 West Madison Street, Suite 3300
Chicago, Illinois  60602
Telephone: (312) 372-1121
Facsimile: (312) 345-9960
kenn.brotman@klgates.com

Desiree F. Moore (*pro hac vice*)
desiree.moore@klgates.com
Nicole C. Mueller (*pro hac vice*)
nicole.mueller@klgates.com
70 West Madison Street Suite 3100
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 345-9976

**Pontem Law LLC**
Carl E. Volz (*pro hac vice*)
carl.volz@pontemlaw.com
125 South Clark Street, 17th Floor
Chicago, IL 60603
Telephone: 708-601-0261

*Counsel for Defendant Glenn Arcaro*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties on the below service list on this 5th day of April, 2019.

/s/ *Kenn Brotman*
Kenn Brotman

**SILVER MILLER**
11780 West Sample Road
Coral Springs, FL 33065
Tel: (954) 516-6000
DAVID CHAD SILVER
DSilver@SilverMillerLaw.com
JASON STUART MILLER
JMiller@SilverMillerLaw.com

**LEVI & KORSINSKY, LLP**
1101 30TH Street, N.W., Suite 115
Washington, D.C. 20007
Tel: (202)524-4290
DONALD J. ENRIGHT
denright@zlk.com

**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin Street
7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 223-5402
JOHN ALLEN YANCHUNIS, SR.
jyanchunis@forthepeople.com

**Abbott Law Group PA**
2929 Plummer Cover Road
Jacksonville, FL 32223
Tel: 941.487.0050
Fax: 941.870.4403
STEVEN WILLIAM TEPPLER
steppler@abbottlawpa.com

**Jones Ward PLC**
1205 E. Washington St. Suite 111
Louisville, KY 40206
Tel: (502) 882-6000
JASPER D. WARD

**Komlossy Law P.A.**
4700 Sheridan Street
Suite J
Hollywood, FL 33021
Tel: 954-842-2021
Fax: 954-416-6223
Emily Cornelia Komlossy
eck@komlossylaw.com
ROSS ADAM APPEL
raa@komlossylaw.com

**Eggnatz Pascucci, P.A.**
5400 S. University Drive
Suite 417
Davie, FL 33328
(954) 889-3359
Fax: (954) 889-5913
JOSHUA HARRIS EGGNATZ
JEggnatz@JusticeEarned.com
MICHAEL JAMES PASCUCCI
MPascucci@JusticeEaerned.com

3

**Stull Stull & Brody**
6 E 45th St Ste 500
New York, NY 10017
Tel: (212) 687-7230
MICHAEL J. KLEIN

**Stumphauzer & Sloman, PLLC**
One SE Third Ave.
Suite 1820
Miami, FL 33131
305-371-9686
Fax: 305-371-9687
RYAN K. STUMPHAUZER
rstumphauzer@sslawyers.com
KIRAN NARAYAN BHAT
kbhat@sslawyers.com

**Zuckerman Spaeder Taylor & Evans**
101 E Kennedy Boulevard
Suite 1200
Tampa, FL 33602
813-221-1010
Fax: 223-7961
NATHAN MICHAEL BERMAN
nberman@zuckerman.com

I HEREBY CERTIFY that I sent a copy of the foregoing by U.S. mail first class, postage pre-paid to the following party who is not registered to receive notice of electronic filing via the CM/ECF system, on this 5th day of April, 2019:

**Ryan Hildreth**
2801 Kelvin Avenue
Unit 596
Irvine, CA 92614

                                                                                        */s/ Kenn Brotman*
                                                                                        Kenn Brotman