# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-80086-MIDDLEBROOKS

IN RE BITCONNECT SECURITIES LITIGATION

_____/

## NOTICE OF APPEAL

Notice is given that Plaintiffs Albert Parks, Faramarz Shemirani, Maryann Marryshow, Mija Yoo, Nelson Arias, and Cory Struzan, individually and on behalf of all other persons similarly situated, appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Dismissing Complaint and Closing Case entered on March 31, 2020 and all antecedent orders, including but not limited to the orders entered on January 9, 2020, December 20, 2019, November 20, 2019, November 15, 2019, and August 23, 2019 in this action.

/s/ Daniel A. Bushell
Daniel A. Bushell
Florida Bar. No. 0043442
BUSHELL LAW, P.A.
6400 North Andrews Avenue, Suite 505
Fort Lauderdale, Florida 33309
Phone: 954-666-0220
Email: dan@bushellappellatelaw.com

*Appellate Counsel for Plaintiffs/Appellants*

## CERTIFICATE OF SERVICE

I certify that on April 30, 2020, the foregoing document was filed via the Court's ECF system, which will serve notice on all registered counsel of record and pro se parties.

/s/ Daniel A. Bushell
Daniel A. Bushell

1