# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

IN RE BITCONNECT SECURITIES LITIGATION

Lead Case No.: 9:18-cv-80086-DMM

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Co-Lead Plaintiffs ALBERT PARKS, an individual and FARAMARZ SHEMIRANI, an individual, and Plaintiffs Maryann Marryshow, an individual; Mija Yoo, an individual; Nelson Arias, an individual; and Cory Struzan, an individual, hereby **DISMISS THIS ACTION WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By:  _/s/ David C. Silver_
     DAVID C. SILVER
     Florida Bar No. 572764
     E-mail: DSilver@SilverMillerLaw.com
     JASON S. MILLER
     Florida Bar No. 072206
     E-mail: JMiller@SilverMillerLaw.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __22nd__ day of November 2022 by using the CM/ECF system, which will thereby serve all registered users in this case a true and correct copy of the foregoing via electronic mail.

_/s/ David C. Silver_
DAVID C. SILVER